UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAR 25  PM 7:58

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:13CR28-01 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
| ) | |
| Defendant. ) | |

ORDER

As previously directed in open court, the conditions of release for the above-referenced defendant are hereby modified to include the following:

> Report as soon as possible, to the pretrial services officer or supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop.

All other conditions of release as previously set remain in full force and effect.

SO ORDERED, this 25TH day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA