# CRIMINAL COURT MINUTES

Page: **1**

# U.S. Magistrate Judge William Matthewman

**3:00PM**

**Courtroom Number # 2**    **Date: February 28, 2013**    **Time:** ~~9:30 am~~

Defendant: SEAN MICHAEL CLARK (J)    J#:    Case #:  13-8113-WM

AUSA:  MARC OSBORNE    Attorney: _____

Violation:  21: 846    Agent: _____

FILED by _____ D.C.

FEB 28 2013

STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S.D. OF FLA. - W.P.B.

Proceeding:  INITIAL – REMOVAL TO SDGA (Savannah)    CJA Appt:  DAVID P. HODGE

Bond/PTD Held: ○ Yes    ○ No    Recommended Bond: GOVT REQ. PTD

Bond Set at: _____    Co-signed by: _____

| | | |
|---|---|---|
| ☑ | All standard conditions | Language:  ENGLISH |
| ☑ | Surrender and/or do not obtain passport/travel docs | Disposition: |
| ☑ | Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | RESET TO 3:00PM |
| ☑ | Random urine testing by Pretrial Services and/or treatment as deemed necessary | DEFENDANT SWORN, ADVISED OF CHARGES, |
| ☑ | Refrain from excessive use of alcohol | POSSIBLE MAXIMUM |
| ☑ | Participate in mental health assessment & treatment | PENALTIES AND RIGHTS |
| ☑ | Maintain or seek full-time employment/education | DEFENDANT QUESTIONED |
| ☑ | No contact with victims/witnesses | RE: APPOINTMENT OF |
| ☑ | No firearms | COUNSEL. THE COURT |
| ☑ | Not to encumber property | FINDS THAT DEFENDANT |
| ☑ | May not visit transportation establishments | QUALIFIES — FPD CONFLICT |
| ☐ | Home Confinement/Electronic Monitoring and/or Curfew _____ p.m. to _____ a.m., paid by _____ | CJA COUNSEL TO BE |
| ☑ | Allowances: Medical needs, court appearances, attorney visits, religious, employment | APPOINTED |
| ☑ | Travel extended to: _____ | HEARINGS SET |
| ☑ | Other: _____ | AFTER COURT DAVID |

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:  HODGE

Report RE Counsel: _____    APPOINTED CJA

(PTD/Bond Hearing:)  3/5/2013  1:30PM  DUTY MJ  WPB

~~Prelim/Arraign or Removal:~~ _____

Status Conference RE: _____

D.A.R. 10:48:18 / 15:50:52    Time in Court:  10:48
(1 MIN)
Courtroom Deputy: Kenneth J. Zuniga    3:50-4:05 PM
(15 MINS)

# CRIMINAL COURT MINUTES

Page: 1

## U.S. Magistrate Judge William Matthewman

| Courtroom Number # 2 | Date: MARCH 5, 2013 | Time: 1:30 pm |
|---|---|---|

Defendant: SEAN MICHAEL CLARK (J)　　J#:　　　　Case #: 13-8113-WM

AUSA: MARC OSBORNE　　　　Attorney: DAVID P. HODGE (CJA)

FILED by _____ D.C.
MAR 0 5 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Violation: 21: 846, 856(a), 841(a)(1), 18: 1956(h)　　Agent:

Proceeding: DETENTION AND REMOVAL HEARING　*BOND STANDS*　CJA Appt:

Bond/PTD Held: ☐ Yes　☐ No　　Recommended Bond: GOVT REQ. PTD *30,000 - 10%*

Bond Set at: *$200,000 PSB cosigned* Co-signed by: *AND $250,000*
*BY MICHAEL RAMIREZ*
*AND STEVEN SALAYCIK*　Language: ENGLISH
*AND $40,000 - 10% with*

- ☒ All standard conditions
- ☒ Surrender and/or do not obtain passport/travel docs
- ☒ Report to PTS as directed/or ____ x's a week/month *NEBBIA*
- ☐ by phone: ____ x's a week/month in person
- ☒ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☒ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☒ Maintain or seek full-time employment/education
- ☒ No contact with victims/witnesses */CODEFENDANTS*
- ☒ No firearms *DEFT TO APPEAR IN*
- ☐ Not to encumber property *SDGA SAVANNAH*
- ☐ May not visit transportation establishments *WHEN DIRECTED*
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ p.m. to ____ a.m., paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel extended to: *RESTRICTED SDFL + SDGA AND TRAVEL IN BETWEEN*
- ☐ Other:

Disposition: *DEFENDANT PRESENT WITH COUNSEL. DEFENDANT SWORN. GOVERNMENT WITHDRAWS THE REQUEST FOR PRETRIAL DETENTION. RECOMMENDS $50,000 - 10% PSB AND A $200,000 PSB COSIGNED BY FAMILY.*

*BOND HEARING HELD.*
*DEFENDANT PROFFER.*
*MICHAEL RAMIREZ +*
*STEVEN SALAYCIK SWORN/TESTIFIES*
*— CONTINUED ON PAGE 2 —*

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: *NEBBIA* | | | | |
| ~~PTB~~/Bond Hearing: | 3/7/2013 | 10AM | DUTY MJ | WPB |
| ~~Prelim/Arraign or~~ Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. *14:32:27*　　　Time in Court: *2:33 - 2:57 PM (24 MINS)*

Courtroom Deputy: Kenneth J. Zuniga

# CRIMINAL COURT MINUTES

Page: 2

## U.S. Magistrate Judge William Matthewman

| Courtroom Number # 2 | Date: MARCH 5, 2013 | Time: 1:30 pm |
|---|---|---|

Defendant: SEAN MICHAEL CLARK (J)　　J#:　　　　Case #: 13-8113-WM

AUSA: MARC OSBORNE ✓　　　　　Attorney: DAVID P. HODGE (CJA) ✓

Violation: 21: 846, 856(a), 841(a)(1), 18: 1956(h)　　Agent:

Proceeding: DETENTION AND REMOVAL HEARING　　CJA Appt:

Bond/PTD Held: ◌ Yes　　◌ No　　Recommended Bond: GOVT REQ. PTD

Bond Set at:　　　　　　　Co-signed by:

☐ All standard conditions

☐ Surrender and/or do not obtain passport/travel docs

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ p.m. to ____ a.m., paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language: ENGLISH

Disposition:
CONTIN:
NEBBIA HEARING SET
ON $40,000 - 10% BOND
INFORMATION TO BE PROVIDED TO AUS
DEFENDANT WAIVES THE
RULE 5 + 5.1 HEARING
WAIVER FORM EXECUTED
THE COURT WILL HOLD
THE ORDER OF REMOVAL
IN A. UNTIL AFTER NEBBIA
HEARING.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |
| D.A.R. | | | Time in Court: | |

Courtroom Deputy: Kenneth J. Zuniga

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. __13 - 8113 - WM__

UNITED STATES OF AMERICA

        Plaintiff,

v.

## SEAN MICHAEL CLARK

        Defendant.

_____/

FILED by _____ D.C.

**FEB 2 8 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON INITIAL APPEARANCE

AUSA __MARC OSBORNE__    Language __ENGLISH__
Agent _____    DAR: __10:48:18 / 16:50:52__

    The above-named defendant having been arrested on __2/27/2013__ having appeared before the court for initial appearance on __2/28/2013__ and proceedings having been held in accordance with **Fed.R.Cr.P.** r. 5 or 40(a), it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
2. __DAVID P. HODGE__ appointed as permanent counsel of record.
    Address: __727 NE 3RD AVE, SUITE 100, FORT LAUDERDALE, FL__
    Zip Code: __33304__ Telephone: __(954) 462 - 6145__
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on
    _____, 2013.
4. ~~Preliminary/Arraignment/Removal/Identity~~ hearing is set for __10am__ __3/5__, 2013.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)
    because __COURT ORDERED__
    A **detention hearing**, pursuant to 18 U.S.C. Section 3142(f), is set for __10am__ __3/5__, 2013.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
    _____
    _____

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___d. Maintain or actively seek full time gainful employment.

___e. Maintain or begin an educational program.

___f. Avoid all contact with victims of or witnesses to the crimes charged.

___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___h. Comply with the following curfew: _____

___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

___j. Comply with the following additional special conditions of this bond:

_____

_____

This bond was set: At Arrest _____

On Warrant _____

After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release  and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at <u>West Palm Beach, FL</u>  this ___28___ day of ___FEBRUARY___, 2013.


_____

**WILLIAM MATTHEWMAN**

**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney

Defense  Counsel

Pretrial Services/Probation

# CRIMINAL COURT MINUTES

Page: **1**

# U.S. Magistrate Judge William Matthewman

| Courtroom Number # 2 | Date: MARCH 7, 2013 | Time: 1:30 pm |
| --- | --- | --- |

Defendant: SEAN MICHAEL CLARK (J)     J#:     Case #: 13-8113-WM

AUSA: MARC OSBORNE ✓ SUSAN OSBORNE Attorney: DAVID P. HODGE (CJA) ✓

Violation: 21: 846, 856(a), 841(a)(1), 18: 1956(h)     Agent:

Proceeding: *STATUS* NEBBIA AND REMOVAL HEARING     CJA Appt:

Bond/PTD Held: ◌ Yes    ◌ No     Recommended Bond:

Bond Set at: $250,000 PSB & $40,000 – 10%  Co-signed by:

FILED by _____ D.C.

**MAR 0 7 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

☐ All standard conditions

☐ Surrender and/or do not obtain passport/travel docs

☐ Report to PTS as directed/or _____ x's a week/month
by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
and/or treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ p.m. to _____ a.m., paid by _____

☐ Allowances: Medical needs, court appearances,
attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: ENGLISH

Disposition:
DEFENDANT PRESENT WITH
COUNSEL. DEFENDANT
SWORN
COUNSEL INFORM THE
COURT THAT NEBBIA
HAS BEEN SATIFIED
$4,000 – 10% OF 40,000
MAY BE POSTED.
THE COURT SIGNS THE
BONDS –

ORDER OF REMOVAL
SIGNED

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
| --- | --- | --- | --- | --- |

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 14:10:02     Time in Court: 2:10–2:14 PM
(4 MINS)

Courtroom Deputy: Kenneth J. Zuniga

- (Rev. 7/09)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND: _____

### CASE NO.: 13 - 8113 - WM

UNITED STATES OF AMERICA
      Plaintiff,

v.

SEAN MICHAEL CLARK
      Defendant,

_____/

JAIL # _____

FILED by _____ D.C.

MAR 0 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 250,000 PSB .

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

    1.  Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

    2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

    3.  May not change his or her present address as recorded on this bond without prior permission in writing from the court.

    4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

    5.  The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    6.  Shall not commit any act in violation of state or federal laws.

DEFENDANT: SEAN MICHAEL CLARK

CASE NUMBER: 13 - 8113 - WM

PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

**X** a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

**X** b. Report to Pretrial Services as follows: (**X**) *as directed or* _____ *time(s) a week in person and* _____ *time(s) a week by telephone*;

**X** c. Submit to substance abuse testing and/or treatment;

**X** d. Refrain from ~~excessive~~ ANY use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

____ e. Participate in mental health assessment and/or treatment;

____ f. Participate and undergo a sex offense specific evaluation and treatment;

**X** g. Maintain or actively seek full-time employment;

____ h. Maintain or begin an educational program; + CODEFENDANTS

**X** i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

**X** j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

____ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;

____ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;

____ m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

____ n. **HOME CONFINEMENT PROGRAM**  The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* ( ) or paid for by Pretrial Services ( ).

　　____ **Curfew:** You are restricted to your residence every day from _____ to _____, or as directed by the Court.

　　____ **Home Detention:** You are restricted to your residence at all times except for: ( ) **medical needs or treatment,** ( ) **court appearances,** ( ) **attorney visits or court ordered obligations, and** ( ) **other** _____.

____ o. **HALFWAY HOUSE PLACEMENT**  The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.

You are restricted to the halfway house at all times except for: ( ) **employment;** ( ) **education;** ( ) **religious services;** ( ) **medical, substance abuse, or mental health treatment;** ( ) **attorney visits;** ( ) **court appearances;** ( ) **court ordered obligations;** ( ) **reporting to Pretrial Services; and** ( ) **other** _____.

**X** p. May travel ~~to and from:~~ RESTRICTED TO SDFL + SDGA, and must notify Pretrial Services of travel plans before leaving and upon return. AND TRAVEL IN BETWEEN

____ q. Comply with the following additional conditions of bond: COSIGNED BY STEVEN SALAYCIK AND MICHAEL RAMIRE DEFENDANT TO APPEAR IN SDGA WHEN DIRECTED.

DEFENDANT: SEAN MICHAEL CLARK

CASE NUMBER: 13 - 8113 - WM

**PAGE THREE**

## <u>PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT</u>

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)     any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)     a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: SEAN MICHAEL CLARK

CASE NO.: 13-8113-WM

PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 5 day of MARCH, 2013 at West Palm Beach, Florida

Signed and acknowledged before me:        DEFENDANT: (Signature)

WITNESS: _____

_____   _____
City                          State                              City                              State

### CORPORATE SURETY

Signed this _____ day of _____, 2013 at _____, Florida

SURETY: _____        AGENT: (Signature) _____

_____   _____
City                          State                              PRINT NAME: _____

### INDIVIDUAL SURETIES

Signed this 5 day of MARCH 2013 at WPB, Florida          Signed this 5 day of MARCH, 2013 at WPB, Florida

SURETY: (Signature) _____          SURETY: (Signature) _____

PRINT NAME: MIKE Ramiscz          PRINT NAME: SEson SALAYCIK

RELATIONSHIP TO DEFENDANT Roommate          RELATIONSHIP TO DEFENDANT Co worker

DeeField Bch   Fl 33441          Boynton Beach   FL 33436
City                          State                              City                              State

Signed this ___ day of _____, 2013 at _____, Florida          Signed this ___ day of _____, 2013 at _____, Florida

SURETY: (Signature) _____          SURETY: (Signature) _____

PRINT NAME: _____          PRINT NAME: _____

RELATIONSHIP TO DEFENDANT _____          RELATIONSHIP TO DEFENDANT _____

_____   _____
City                          State                              City                              State

### APPROVAL BY COURT

Date: March 7, 2013

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

(Rev. 7/09)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: **13 - 8113-WM**

UNITED STATES OF AMERICA
          Plaintiff,

v.

SEAN MICHAEL CLARK
          Defendant,

_____ /

JAIL # _____

FILED by _____ D.C.

**MAR 0 7 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ **40,000 - 10%o** .

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1.  Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2.  May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3.  May not change his or her present address as recorded on this bond without prior permission in writing from the court.

4.  Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5.  The defendant must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

6.  Shall not commit any act in violation of state or federal laws.

DEFENDANT: SEAN MICHAEL CLARK
CASE NUMBER: 13-8113-WM
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

X a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

X b. Report to Pretrial Services as follows: (   ) *as directed or* _____ *time(s) a week in person and* _____ *time(s) a week by telephone*;

X c. Submit to substance abuse testing and/or treatment;

X d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a  prescription by a licensed medical practitioner;

___ e. Participate in mental health assessment and/or treatment;

___ f. Participate and undergo a sex offense specific evaluation and treatment;

X g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;     + CODEFENDANTS

X i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

X j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

___ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;

___ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;

___ m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the agreement waiver provided to you by Pretrial Services;

___ n. **HOME CONFINEMENT PROGRAM**   The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which (   ) **will not** or ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* (   ) or **paid for by Pretrial Services** (   ).

_____ **Curfew:** You are restricted to your residence every day from _____ to _____, or as directed by the Court.

_____ **Home Detention:** You are restricted to your residence at all times except for: ( ) **medical needs or treatment,** ( ) **court appearances,** ( ) **attorney visits or court ordered obligations, and** ( ) **other** _____.

___ o. **HALFWAY HOUSE PLACEMENT**   The defendant shall reside at a  halfway house or community corrections center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: ( ) **employment;** ( ) **education;**
( ) **religious services;** ( ) **medical, substance abuse, or mental health treatment;** ( ) **attorney visits;**
( ) **court appearances;** ( ) **court ordered obligations;** ( ) **reporting to Pretrial Services; and**
( ) **other** _____

X p. May travel ~~to and from:~~ RESTRICTED SDFL + SDGA , and must notify Pretrial Services of travel plans before leaving and upon return.  + TRAVEL IN BETWEEN

X q. Comply with the following additional conditions of bond:
DEFENDANT TO APPEAR IN SDGA WHEN DIRECTED
$4,000 TO BE POSTED WITH COURT REGISTRY
WHEN NEBBIA SATISFIED.

DEFENDANT: SEAN MICHAEL CLARK
CASE NUMBER: 13-8113-WM
PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: SEAN NICHAEL CLARK

CASE NO.: 13 - 8113 - WM

PAGE FOUR

### PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this __5__ day of __MARCH__, 2013 at <u>West Palm Beach</u>, Florida
Signed and acknowledged before me:                DEFENDANT: (Signature)
WITNESS: _____

_____    _____
City                         State

_____    _____
City                         State

### CORPORATE SURETY

Signed this _____ day of _____, 2013 at _____, Florida
SURETY: _____        AGENT:(Signature) _____

_____    _____          PRINT NAME: _____
City                         State

### INDIVIDUAL SURETIES

Signed this __7__ day of __MARCH__ __WPB__, Florida
SURETY:(Signature) _Deborah Ruff___
PRINT NAME: _DEBORAH RUFFINO___
RELATIONSHIP TO DEFENDANT_Personal Friend_
_Deerfield Beach  Florida_
    City _Boca Raton_    State

Signed this ___ day of _____, 2013 at_____,Florida
SURETY:(Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT_____

_____    _____
City                         State

Signed this ___day of _____, 2013 at _____, Florida
SURETY:(Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT_____

_____    _____
City                         State

Signed this ___ day of _____, 2013 at_____, Florida
SURETY:(Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT_____

_____    _____
City                         State

### APPROVAL BY COURT

Date: _March 7, 2013_

**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 9
Receipt Number: FLS900002204
Cashier ID: cquin1
Transaction Date: 03/07/2013
Payer Name: Deborah Ruffino
-----------------------------------------
TREASURY REGISTRY
 For: Sean Michael Clark
 Case/Party: D-FLS-9-13-MJ-008113-001
 Amount:      $4,000.00
-----------------------------------------
CHECK
 Remitter: Deborah Ruffino
 Check/Money Order Num: 1166207989
 Amt Tendered: $4,000.00
-----------------------------------------
Total Due:      $4,000.00
Total Tendered: $4,000.00
Change Amt:     $0.00

Deborah Ruffino



Returned check fee $53



Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

MAR 0 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF FLORIDA

United States of America

v.

SEAN MICHAEL CLARK

*Defendant*

)
)
)
)
)
)

Case No. 13-8113-WM

Charging District's Case No. CR413-028

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* SDGA

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: MARCH 5, 2013

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David P. Hocke
*Printed name of defendant's attorney*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **1 3 — 8113 — WM**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

    **SEAN MICHAEL CLARK**

        Defendant.

FILED by _____ D.C.

MAR 0 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER OF REMOVAL**

A(n) _____ Complaint

        ___✗___ Indictment

        _____ Information

        _____ Probation Violation Warrant

        _____ Bench Warrant    (SAVANNAH)

having been filed in the **SOUTHERN** District of **GEORGIA**
____ charging the above named defendant with **21:846, 841(a)(1)**
and the defendant having

        _____ surrendered

        ___✗___ been arrested

in the Southern District of Florida, having had an initial
appearance before the Court and having:

        ___✗___ waived further hearing

        _____ been given a hearing in accordance

        with **Fed.R.Crim.P. 40**

and having posted the bail as set by the Court, it is thereupon
    **ORDERED AND ADJUDGED** as follows:

    1.  The defendant is held to answer in the District in which
the charge is outstanding and shall appear before the District

Case 4:13-cr-00028-WTM-GRS   Document 65   Filed 03/12/13   Page 18 of 22

Court thereof at such time and place as may be ordered; and

    2. **All funds** and **documents** filed with the Clerk of court in this case shall be **transferred** to the District where the charge is outstanding.

    **DONE AND ORDERED** at West Palm Beach, Florida this ___7___ day of __MARCH__, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

c: U.S. Marshal
   Pretrial Services
   US Probation
   US Attorney
   Defense Csl.
   Financial Section

CLOSED

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:13-mj-08113-WM-1

Case title: USA v. Clark

Other court case number: CR413-028 Georgia Southern (Savannah)

Date Filed: 02/28/2013

Date Terminated: 03/07/2013

---

Assigned to: Magistrate Judge William Matthewman

### Defendant (1)

**Sean Michael Clark**
Prisoner ID: 02790-104
*YOB: 1979*
*TERMINATED: 03/07/2013*

represented by **David Paul Hodge**
David P. Hodge
727 NE 3rd Avenue
Suite 100
Fort Lauderdale, FL 33304
954-462-6145
Fax: 462-4393
Email: DavidPHodge@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

Removal of Indictment to Georgia
Southern (Savannah) - 21:846=CD.F,
21:856=CD.F, 21:841A=CD.F,
18:1956-6801.F, 18:2.F

**Disposition**

**Disposition**

**Disposition**

**Plaintiff**

USA                                      represented by **Marc Osborne**
                                                         United States Attorney's Office
                                                         500 S. Australian Ave
                                                         West Palm Beach, FL 33414
                                                         561-209-1014
                                                         Email: marc.osborne@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2013 | | Arrest of Sean Michael Clark (kza) (Entered: 03/07/2013) |
| 02/28/2013 | 1 | Magistrate Removal of Indictment from Georgia Southern (Savannah) Case number in the other District CR-413-028 as to Sean Michael Clark (1). (kza) (Entered: 03/02/2013) |
| 02/28/2013 | 2 | Minute Entry for proceedings held before Magistrate Judge William Matthewman: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Sean Michael Clark held on 2/28/2013 Appearance entered by David Paul Hodge for Sean Michael Clark on behalf of defendant., ( Detention Hearing and Removal Hearing set for 3/5/2013 at 01:30 PM in West Palm Beach Division before WPB Duty Magistrate.). Attorney appointed: David Paul Hodge for Sean Michael Clark (Digital 10:48:18/15:50:52.) (kza) (Entered: 03/03/2013) |
| 02/28/2013 | 5 | Order on Initial Appearance as to Sean Michael Clark for proceeding held on 2/28/2013. David P. Hodge appointed as permanent counsel of record. Detention and Removal Hearing set for 3/5/2013 at 10 a.m. Signed by Magistrate Judge William Matthewman on 2/28/2013. (kza) (Entered: 03/07/2013) |
| 03/05/2013 | 3 | Minute Entry for proceedings held before Magistrate Judge William Matthewman: Bond Hearing as to Sean Michael Clark held on 3/5/2013Bond set as to Sean Michael Clark (1) $200,000 PSB cosigned by Michael Ramirez and Steven Salaycik and $40,000 - 10% PSB with Nebbia, Special Conditions: **a.** Surrender all passports and travel documents to the Pretrial Services Office;**b.** Report to Pretrial Services as directed;**c.** Submit to substance abuse testing and/or treatment as directed by Pretrial Services;**d.** Refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance;**g.** Maintain or actively seek full-time employment;**i.** Avoid all contact with victims of or witnesses and codefendants to the crimes charged, except through counsel;**j.** Refrain from possessing a firearm, destructive device or other dangerous weapons;**p.** Travel restricted to SDFA and SDGA and travel in between;**q.** Comply with additional conditions of bond: Defendant to report to SDGA Savannah when directed. Status Re: Removal Hearing as to Sean Michael Clark held on 3/5/2013, ( Nebbia Hearing and Removal Hearing set for 3/6/2013 10:00 AM in West Palm Beach Division before WPB Duty |

| | | |
|---|---|---|
| | | Magistrate.). (Digital 14:32:27.) (kza) Modified on 3/12/2013 (kza). (Entered: 03/06/2013) |
| 03/06/2013 | | Set/Reset Deadlines/Hearings as to Sean Michael Clark: Nebbia Hearing and Removal Hearing set for 3/7/2013 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. (kza) (Entered: 03/06/2013) |
| 03/06/2013 | 4 | PAPERLESS NOTICE OF HEARING as to Sean Michael Clark Nebbia Hearing and Removal Hearing reset for 3/7/2013 at 1:30 PM in West Palm Beach Division before WPB Duty Magistrate. (kza) (Entered: 03/06/2013) |
| 03/07/2013 | 6 | Report Commencing Criminal Action as to Sean Michael Clark - YOB: **/**/1979 Prisoner #: 02790-104 (kza) (Entered: 03/07/2013) |
| 03/07/2013 | 7 | Minute Entry for proceedings held before Magistrate Judge William Matthewman: Status Re: Nebbian and Removal as to Sean Michael Clark held on 3/7/2013. Counsel inform the Court that nebbia has been satified. $4,000 - 10% of $40,000 may be posted. The Court signs the bonds. Order of removal signed. (Digital 14:10:02.) (kza) (Entered: 03/12/2013) |
| 03/07/2013 | 8 | $250,000 PSB Bond Entered as to Sean Michael Clark Approved by Magistrate Judge William Matthewman cosigned by Michael Ramirez and Steven Salaycik Special Conditions: a. Surrender all passports and travel documents to the Pretrial Services Office;b. Report to Pretrial Services as directed;c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;d. Refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance;g. Maintain or actively seek full-time employment;i. Avoid all contact with victims of or witnesses and codefendants to the crimes charged, except through counsel;j. Refrain from possessing a firearm, destructive device or other dangerous weapons;p. Travel restricted to SDFA and SDGA and travel in between;q. Comply with additional conditions of bond: Defendant to report to SDGA Savannah when directed. (kza) (Entered: 03/12/2013) |
| 03/07/2013 | 9 | $40,000 10% PSB Bond Entered as to Sean Michael Clark Receipt # FLS90002204. Approved by Magistrate Judge William Matthewman Special Conditions: a. Surrender all passports and travel documents to the Pretrial Services Office;b. Report to Pretrial Services as directed;c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;d. Refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance;g. Maintain or actively seek full-time employment;i. Avoid all contact with victims of or witnesses and codefendants to the crimes charged, except through counsel;j. Refrain from possessing a firearm, destructive device or other dangerous weapons;p. Travel restricted to SDFA and SDGA and travel in between;q. Comply with additional conditions of bond: Defendant to report to SDGA Savannah when directed. (kza) (Entered: 03/12/2013) |
| 03/07/2013 | 10 | WAIVER of Rule 5 and 5.1 Hearings by Sean Michael Clark (kza) (Entered: 03/12/2013) |
| 03/07/2013 | 11 | ORDER OF REMOVAL ISSUED to District of Georgia Southern (Savannah) as to Sean Michael Clark. Signed by Magistrate Judge William Matthewman |

Case 4:13-cr-00028-WTM-GRS   Document 65   Filed 03/12/13   Page 22 of 22

| | | on 3/7/2013. (kza) (Entered: 03/12/2013) |
|---|---|---|
| 03/12/2013 | 12 | Notice of Criminal Transfer to Georgia Southern of a Rule 5 or Rule 32 Initial Appearance as to Sean Michael Clark. Your case number is: CR413-028. Docket sheet and documents attached. There is a cash bond in this case which is being transmitted by our Financial Section to your court. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (kza) (Entered: 03/12/2013) |
| 03/19/2013 | 13 | CJA 20 as to Sean Michael Clark. Attorney David P. Hodge appointed for the defendant (kza) (Entered: 03/19/2013) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/10/2013 11:18:36 | | |
| **PACER Login:** ux1897 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 9:13-mj-08113-WM |
| **Billable Pages:** 3 | **Cost:** | 0.30 |