IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | CASE NUMBER: CR413-28-1 |
| Sean Michael Clark, | ) ) | |
| Defendant | ) ) | |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that ___Sean Michael Clark___ has deposited with the Court the sum of $ __4,000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __8th__ day of __April__, __2013__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)

```
&%RPCourt Name: Southern District of Georgia

Division: 4
Receipt Number: SAV016574
Cashier ID: wprescot
Transaction Date: 04/08/2013
Payer Name: United States Treasury
-----------------------------------
TREASURY REGISTRY
 For: Adelaida Lizama
 Case/Party: D-GAS-4-13-CR-000028-002
 Amount:         $2,500.00
-----------------------------------
CHECK
 Check/Money Order Num: 0094
 Amt Tendered:   $2,500.00
-----------------------------------
Total Due:       $2,500.00
Total Tendered:  $2,500.00
Change Amt:          $0.00
```



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Court Administrator • Clerk of Court

400 North Miami Avenue
Miami, Florida 33128-7716
(305) 523-5100

April 3, 2013

Clerk, United States District Court
Georgia Southern District
Attn: Financial Section
125 Bull Street, 3rd Floor
Savannah, GA 31402-8286

RE:  Transfer Case No.1:13-MJ-08113-001-WM
     Your Case No. CR413-028

Pursuant to Court Order, enclosed are the following documents regarding Sean Michael Clark.

1) Certified copy of the receipt issued for the funds
2) Registry check in the amount of $4,000.00. bond including interest.
   Total Interest earned $0.00 Reportable Interest earned $0.00
   (Interest aggregating $10.00 or more must be reported to the IRS)
   (10% registry fee in the amount of $0.00 has already been deducted.)
3) Copy of Order.

If you have any questions/concerns please do not hesitate to contact me at (305) 523-5050.

Sincerely,

Steven M. Larimore • Clerk of Court

By: _____
    Irenia Leon
    Financial Manager

*It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice.*