UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

## MOTION FOR BILL OF PARTICULARS

COMES NOW the Defendant Sean Michael Clark, by and through his attorney of record Bobby Phillips, who respectfully moves this Court for an Order directing the filing of a Bill of Particulars because the Defendant is unable to ascertain from the face of the indictment the exact nature of the case against him due to the lack of specificity.

Accordingly he is unable to adequately prepare for his defense and moves that the prosecution be ordered to state the following:

As to Count 1:

1. The exact language, word, or words allegedly used by the Defendant or any co-defendant which allegedly indicated or intended to indicate that they willfully and knowingly agreed to conspire, confederate and/or agree to distribute and dispense controlled substances;

2. The names, addresses and contact information for persons present or were listening to the Defendants when they conspired to commit the crimes charged;

3. The specific description of each and every act committed by each and every co-defendant in the indictment, stating with specificity the names of each co-defendant who participated in any such act, the purpose of each such act, the location at which the act was committed, the date on which the act was committed, and the identifying information including names and addresses of all witnesses present when the act was committed.

4. The nature of the act, the date, time and place of the act by which the Defendant Sean Michael Clark first allegedly manifested that he was part of the conspiracy alleged in count 1. In other words, what is the first act Defendant Clark is accused of committing in furtherance of the alleged conspiracy.

5. The time, date and place of the last act Defendant Clark is charged with having committed in furtherance of the conspiracy charged in count 1.

6. The names of any and all unindicted, but identified, co-conspirators of Defendant Sean Michael Clark, including those whose names may have become known since the return of the indictment, the names of those persons whom the Government deleted or omitted from the indictment.

7. With regard to the allegation that the Defendant participated in the leasing, renting, use or maintenance on the premises known as East Health Center, including the opening of bank accounts for East Health Center please state the following:

   a. The exact dates upon which Defendant Sean Michael Clark made any statement, comment or alleged admission which indicated or tend to indicate

      that he willfully and knowingly agreed to commit any crime charged in the indictment; and,

b. The names and addresses of all persons present or listening when the Defendant Sean Michael Clark made any such comments, statements or admissions.

With regard to specific paragraphs in the indictment please provide the following as to paragraphs indicated:

**Paragraph 23**: Please disclose the methods used by the Defendants and specifically the Defendant Sean Michael Clark to promote the operating of East Health Center.

**Paragraph 24**: Please specify which Defendants operated and assisted in operating each pain management facility.

**Paragraph 25**: Please specify which "members of the conspiracy gained experience working at the pain clinic in Margate, Florida".

Paragraph 26: Please specify which "members of the conspiracy involved in the management and working at the Palm Beach Pain & Rejuvenation Clinic in Boca Raton, Florida.

**Paragraph 27**: Please state with specificity where the alleged "conspirators" met in or about December 2010 and identify the conspirators involved.

**Paragraph 32**: Please identify each and every medical doctor referenced in paragraph 32 and identify which conspirator is alleged to have contacted the doctor, giving specific dates of contact.

**Paragraph 36**: Please identify which "members of the conspiracy" dispensed pain medication, caused pain medication to be dispensed and/or distributed.

## STATEMENT OF LAW

Rule 7F of the Federal Rules of Criminal Procedure provides that this Court may direct the filing of the Bill of Particulars upon motion made by a Defendant.  A Bill of Particulars provides the Defendant with the details of the charges necessary to prepare a defense, to avoid prejudicial surprise at trial and to protect against a second prosecution based upon the same fact <u>*(United States v. Chevez, 845 F 2d 219; (1988); Kreck v. Spaulding, 721 F 2d 1229 (1983); United States v. Cecil, 608 F 2d 1294 (1979*</u>)).

This the 23rd day of May 2013.

PHILLIPS & ROBERTS

*s/ Bobby Phillips*
_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v   ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK,   ) | |
|     Defendant   ) | |

**ORDER**

The Defendant's Motion for Bill of Particulars having been read and considered and for good cause shown therein, this Court hereby grants the Defendant Sean Michael Clark's Motion and Orders the Government to respond appropriately.

SO ORDERED this ____ day of _____, 2013.

_____
**HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 23rd day of May 2013.

                                                  PHILLIPS & ROBERTS

                                                  *s/ Bobby Phillips*
                                                  _____
                                                  BOBBY PHILLIPS, 576700
                                                  Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com