UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

## MOTION FOR SEVERANCE

**COMES NOW** the Defendant Sean Michael Clark, by and through his attorney of record Bobby Phillips, who files this Motion for Severance of the Defendants, requesting that he be tried separately. In support thereof Defendant shows to the Court the following:

In this 53 count indictment the Defendant Sean Michael Clark is charged with 49 counts of unlawful dispensation of controlled substances. He is charged as a co-defendant with Dr. Najam Azmat, a/k/a "Dr. Hazmat". The Defendant is charged with the co-defendant based upon allegations that the clinic established in the Southern District of Georgia was a *"pain pill mill"* at which pain medications were distributed by prescriptions written by Dr. Hazmat and other licensed medical doctors.

The Defendant Sean Michael Clark, like the other non-professional Defendants in this case, had no discretion in the prescribing of the pain medications and no authority to write any medications or to dispense any medications.

The fact that Dr. Hazmat, a licensed medical doctor, and other licensed medical doctors, both those indicted in other indictments and those not yet indicted, wrote prescriptions illegally and violated the professional oaths and patient trust creates a situation in which there will likely be spillover from juror antagonism which will adversely affect the non-professional Defendants.

Although severance for prejudicial joinder under Federal Rules of Criminal Procedure 14 is discretionary, this Court has the authority to grant a severance or provide whatever other relief justice requires so as to ensure that the Defendant has a fair trial by a fair and impartial jury. (*United States v. Escalante, 637 F 2d 1197, 1207 (9th Cir. 1980); United States v. Lutz, 621 F 2d 940 (9th Cir. 1980) and United States v. Tousant, 619 F 2d 810 (9th Cir. 1980)*))

The Defendant Sean Michael Clark's trial should be severed from that of co-defendant Dr. Najam Azmat, a/k/a Dr. Hazmat. It is likely that if Dr. Azmat were to testify his testimony would offer exculpatory evidence with regard to the participation in this venture by the Defendant Sean Michael Clark, but during the course of the trial on the indictment as is the Defendant likely will assert his 5th Amendment right to remain silent.

It is very likely in this case if the Jury finds that the prescription medications were improperly prescribed and improperly dispensed by licensed medical doctors including the co-defendant Najam Azmat, M.D., they will find the Defendant Clark guilty by association.  It is extraordinarily difficult for a jury to follow admonishing instructions and keep separate evidence that is relevant only to co-defendants.  A co-

defendant in a conspiracy trial occupies a very uneasy seat knowing that evidence against one co-defendant is likely to be considered as offered as to all co-defendants. It is difficult for the individual Defendant to make his own case stand on its own merits in the minds of Jurors who are already predisposed to believe that "birds of a feather are flocked together". (*Krulewitch v. United States, 336 US 440, 441; 1949*)

It is unclear at this stage of discovery whether or not any Bruton problems exist. This Motion is made in an effort to resolve any such issues pretrial so the Court may grant a severance if necessary. It is requested that the Government provide notice of any co-defendant's statements which it may intend to introduce so that the Bruton problems can be addressed in this Motion to Sever.

The essence of the 6th Amendment right to confrontation is the right to cross-examine a witness. Therefore the admission of a co-defendant's statement incriminating a Defendant where the co-defendant is not available for cross-examination constitutes reversible error. (*Brewton v. United States, 88 S Ct. 1620; 1967*)

## CONCLUSION

Joinder of the Defendant Clark's case with that of the Defendant Najam Azmat, M.D. will likely deprive Defendant Clark of access to any exculpatory statements, it is likely to cause the Jury to convict the Defendant Clark because he is guilty by mere association and because of the potential for Bruton problems.

Therefore it is respectfully requested by the Defendant Sean Michael Clark that his trial be held separate and apart from that of the Defendant Najam Azmat, M.D. and all other co-defendants named in the 53 count indictment.

Respectfully submitted this 24th day of May, 2013.

                                                  PHILLIPS & ROBERTS

                                                  *s/ Bobby Phillips*

                                                  _____
                                                  BOBBY PHILLIPS, 576700
                                                  Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
(912) 232-0081
Fax 912-232-9070
Email: bplaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
|     Defendant | ) | |

# ORDER

The Defendant's Motion for Severance having been read and considered and for good cause shown therein, this Court hereby grants the Defendant Sean Michael Clark's Motion to Sever.

SO ORDERED this _____ day of _____, 2013.

_____
**HONORABLE G. R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v )<br>)<br>SEAN MICHAEL CLARK, )<br>    Defendant ) | Case No.: CR 4:13-028 |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 24th day of May 2013.

                                                PHILLIPS & ROBERTS

                                                *s/ Bobby Phillips*
                                                _____
                                                BOBBY PHILLIPS, 576700
                                                Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com