UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

**MOTION TO ADOPT AND MEMORANDUM IN
SUPPORT OF MOTION TO ADOPT**

COMES NOW the Defendant Sean Michael Clark, by and through his attorney of record Bobby Phillips, who files this Motion asking that the Court permit him to adopt and have the benefit of motions filed by Co-Defendant which are applicable to him unless he specifically informs the Court that he does not wish to adopt any particular motion.

Specifically Defendant Clark seeks to adopt the Motion for Release of Brady Materials (Document #89) filed by Julie M. Wade as to Defendant Adelaida M. Lizama; Motion for Disclosure of 404-B Materials (Document #90) filed by Julie M. Wade as to Defendant Adelaida M. Lizama; Motion for Disclosure Under Local Rule 12.3 (Document #93) filed by Julie M. Wade as to Defendant Adelaida M. Lizama; Motion for Consolidated Discovery (Document #94) filed by Julie M. Wade as to Defendant Adelaida M. Lizama; Motion for Early Disclosures of Criminal History (Document #95) filed by Julie M. Wade as to Defendant Adelaida M. Lizama; and, Motion to Strike

Surplusage (Document #99) filed by Julie M. Wade as to Defendant Adelaida M. Lizama.

Defendant Clark also wishes to adopt any and all other pertinent Motions which would apply to him in this case.

In support of this Motion Defendant Sean Michael Clark relies generally upon the Due Process Clause of the United States Constitution and consideration of judicial economy so as not to burden the Court and the record by filing repetitive pleadings.

This 24th day of May 2013.

                                                PHILLIPS & ROBERTS

                                                *s/ Bobby Phillips*

                                                _____
                                                BOBBY PHILLIPS, 576700
                                                Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
| Defendant | ) | |

### ORDER

The Defendant's Motion to Adopt motions of other co-defendants having been read and considered the same is hereby GRANTED.  The Court will allow the Defendant Sean Michael Clark to be deemed to have adopted all motions filed by co-defendants unless Defendant Clark indicates otherwise.

SO ORDERED this ____ day of _____, 2013.

_____
**HONORABLE G. R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 24th  day of May 2013.

                                              PHILLIPS & ROBERTS

                                              *s/ Bobby Phillips*

                                              _____
                                              BOBBY PHILLIPS, 576700
                                              Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com