UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
| Defendant ) | |

## MOTION FOR DISCLOSURE OF IMPEACHING EVIDENCE

## WITH CITATION OF AUTHORITY

Comes Now the Defendant **SEAN MICHAEL CLARK**, represented by his undersigned counsel, who moves this court for the entry of an Order directing the government to make inquiry and disclose, prior to trial, all of the following within its possession, custody or control, or the existence of which is known or by the exercise of due diligence could become known to the government:

l. Any and all records and information revealing felony convictions, guilty verdicts, or juvenile adjudications as to each person who may be called as a witness by the government.

2. Any and all records and information revealing prior misconduct or bad acts not resulting in a conviction attributed to each person who may be called as witness by

the government.

    3.  Any and all consideration or promises of consideration given to each person who may be called as witness by the government.  By "consideration", the defendant refers to anything of value or use, including but not limited to (a) criminal, civil or tax immunity grants, assistance or favorable treatment or recommendations with respect to any criminal, civil, tax court, court of claims, administrative or other legal dispute with the government or any other parties; (b) payments of money or fees, witness fees and special witness fees; provision of food, clothing, shelter, transportation or other like benefits; (3), placement in a "witness protection program"; and (4) anything else which could arguably reveal an interest or bias in the witness in favor of the prosecution or against the defense or which would act as an inducement to testify or to color testimony.

    4.  Any and all criminal prosecutions, investigations, or potential prosecutions pending or which could be brought against the witness, any probationary, parole or deferred prosecution status of the witness, and any civil, tax court, court of claims, administrative, or other pending or potential legal disputes or transactions with the government.

    5.  The existence and identification of each occasion on which the witness has testified before any court, grand jury, or other tribunal in relation to the facts of the case.

    6.  The existence and identification or each occasion on which each witness who is an informer, accomplice, co-conspirator, or expert has testified before any Court,

grand jury, or other tribunal.

7. Any and all other records and/or information which could arguably be helpful or useful to the defense in impeaching or otherwise detracting from the probative force of the government's evidence or which could arguably lead to such records or information.

## MEMORANDUM OF LAW

Due process requires that the government not suppress evidence favorable to the accused or discrediting to its own case, and upon request, that it disclose to the defense all such information.  *Brady v. Maryland*, 373 U.S. 83 (1963).  See also *Mooney v. Holohan*, 294 U.S. 103 (1935); *Pyle v. Kansas*, 317 U.S. 213 (1942).  The requirement of candor by the sovereign encompasses information which bears upon the credibility of its witnesses as well as matters more directly material to guilt or innocence.  *Napue v. Illinois*, 360 U.S. 264 (1959); *Giglio v. United States*, 405 U.S. 150 (1972).

Moreover, in this federal prosecution the Court's supervisory power to safeguard "the correct administration of justice in the federal courts" reinforces the due process requirement of disclosure. E.g, *United States v. Consolidated Laundries Corp.*, 291 F.2d 563, 571 (2nd Cir. l961); See generally *Communist Party of the United States v. S.A.C.B.*, 351 U.S. 115, 124 (1956).

Disclosure of information impeaching witnesses' credibility must be timely to enable effective preparation for trial.  *United States v. Polisi*, 461 F.2d 573, 578 (2d Cir.).

**WHEREFORE**, Defendant prays that this Honorable Court require the Assistant United States Attorney to provide the information herein sought in a timely manner.

                                                **PHILLIPS & ROBERTS**

                                                s/ *Bobby Phillips*

                                                _____
                                                **BOBBY PHILLIPS, 576700**
                                                Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
(912) 232-0081
*bplaw@msn.com*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

## **ORDER**

The Court having read and considered defendant's Motion the same is hereby GRANTED.

SO ORDERED this ____ day of _____, 2013.

_____
**HONORABLE G. R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: **4:13-028** |
| ) | |
| SEAN MICHAEL CLARK, ) | |
| Defendant ) | |

CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This the 24th day of May 2013.

                        PHILLIPS & ROBERTS

                        s/ *Bobby Phillips*

                        _____
                        **BOBBY PHILLIPS, 576700**
                        **Attorney for Defendant**

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
*email bplaw@msn.com*