## NOTICE TO COUNSEL

Before proceeding with the scheduled motions hearing in this case, the Court directs counsel for the parties to answer the following inquires.

1. Have all of your pretrial motions been satisfied or otherwise resolved?  **No**

2. Please list any unresolved motions which required a ruling by the court and indicate whether argument is requested and/or whether an evidentiary hearing is required. **Any motion which is not listed will be dismissed as moot.**

3. If a hearing is not required, please indicate so and return.

| | Nature of Motion | Argument Requested | Evidentiary Hearing Required |
|---|---|---|---|
| (1) | Motion to Sever | Yes | No |
| (2) | Motion to Dismiss | Yes | Yes |
| (3) | Motion to Declare Case Complex | No | No |
| (4) | Motion to Adopt (as to suppression motions) | Yes | No |
| (5) | Motion for Witness List | Yes | No |
| (6) | Motion to Adopt (as to "reveal the deal") | Yes | No |
| (7) | Motion for Bill of Particulars | Yes | No |
| (8) | | | |
| (9) | | | |
| (10) | | | |
| (11) | | | |
| (12) | | | |
| (13) | | | |

[signature]

Signature of Attorney

Counsel for: Sean Michael Clark

CR 4:13-00028