UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|    Defendant ) | |

**DEFENDANT'S MOTION TO WAIVE OF PERSONAL
APPEARANCE AT ARRAIGNMENT**

COMES NOW the Defendant Sean Michael Clark, by and through his counsel who moves this Court pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure for an Order permitting him to waive the personal appearance of the Defendant at the arraignment on the Superseding Indictment in the above captioned case. Arraignment is scheduled for Monday, August 19th at 9:00am. In support of this Motion the Defendant shows to the Court the following:

1. On August 7, 2013 a Federal Grand Jury returned the Superseding Indictment in the above styled case (Document 156). In response to the Indictment this Court scheduled an arraignment on the Superseding Indictment for August 19th .

2. The original Indictment charged the Defendant along with co-Defendants in 52 counts including allegations of conspiracy, maintaining drug involved premises,

unlawful dispensation of controlled substances and money laundering. In The Superseding Indictment, Count 2, maintaining drug involved premises has been removed. All of the remaining charges against the Defendant remain. No new charges have been added and therefore the factual basis for the charges and nature of the charges remain the same.

3. The Defendant resides in Boca Raton, Florida which is more than a six hour drive from Savannah. Travel to Savannah for a brief court appearance would be burdensome and would require him to miss work and incur the expenses of travel. The Defendant has appeared at every other court session and has been on pretrial release. If this Court grants the waiver of appearance counsel will appear and formally enter the plea of not guilty.

4. Pursuant to Federal Rule of Criminal Procedure 10(b) the Defendant has executed a written waiver of appearance which affirms that he has received a copy of the Superseding Indictment and further states that is plea is a plea of not guilty.

5. Defense counsel does not believe the Government will object to Mr. Clark's waiver of appearance.

WHEREFORE the Defendant Sean Clark by and through his attorney moves this Court to accept his waiver of appearance at the arraignment on the Superseding Indictment. A proposed Order is attached.

This the 16th day of August 2013.

                                                PHILLIPS & ROBERTS

                                                *s/ Bobby Phillips*

                                                _____
                                                BOBBY PHILLIPS, 576700
                                                Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
|     Defendant | ) | |

**ACKNOWLEDGMENT OF RECEIPT OF INDICTMENT
AND REQUEST FOR WAIVER OF APPEARANCE**

COMES NOW the undersigned Defendant Sean Clark who certifies that he has received a copy of the Superseding Indictment and has read the same. Further the undersigned has instructed his attorney to request a waiver of his appearance and he does as this Court to grant said waiver so that he will not be required to appear in Savannah for the arraignment on Monday, August 19, 2013. Further, Defendant has instructed his attorney to enter a plea of not guilty on the Superseding Indictment and to ask for trial by jury. Respectfully submitted this the 16th day of August 2013.

_[signature]_

SEAN CLARK, Defendant

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>         v                                           )         Case No.: CR 4:13-028<br>                                                        )<br>SEAN MICHAEL CLARK,            )<br>        Defendant                              ) | |

## ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b) the Defendant Sean Clark has asked this Court to waive his personal appearance at the arraignment on the Superseding Indictment which is scheduled for Monday, August 19, 2013. The Defendant has signed a written waiver acknowledging the receipt of the Superseding Indictment and indicating his intention to enter a plea of not guilty and request trial by jury. The United States does not object to the waiver of Mr. Clark's appearance at this arraignment. Wherefore for good cause shown the Court will accept the waiver signed by the Defendant and his counsel and will grant the motion to waive his appearance at the arraignment on the Superseding Indictment. SO ORDERED this ____ day of August, 2013.

_____
**HONORABLE G. R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 16th day of August 2013.

                                                          PHILLIPS & ROBERTS

                                                          *s/ Bobby Phillips*
                                                          _____
                                                           BOBBY PHILLIPS, 576700
                                                          Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com