UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

### MOTION TO TRAVEL

**COMES NOW** the Defendant Sean Michael Clark, by and through his attorney of record Bobby Phillips, who files this Motion to ask this Court to allow him to travel showing to the Court the following:

1. The Defendant's grandmother Mrs. Adeline Noonan is a patient Brookhaven Family Medicine affiliated with Memorial Hospital Medical Facility in Patchogue, New York.

2. Defendant's grandmother is suffering from aortic valve insufficiency, atrial fibrillation and dementia. She also has several other medical conditions and given her age is not doing well. (See attached Doctor statement dated August 13, 2013)

3. Defendant desires to visit his grandmother and would like to do so during the time period of September 22 through September 25, 2013. If this permission is granted the Defendant will be staying with his mother who lives at 3 Mott Court,

St. James, New York, 11780.  He will visit his grandmother at 7 Shady Lane, Coram, New York, 11727.

4. The Defendant will be flying from Fort Lauderdale airport into Islip McArthur in New York State.  He will depart on September 22nd and will return on September 25th.

5. Defendant's attorney has consulted with Defendant's probation officer who has no objection to the travel.  Defendant has been on pretrial release and has complied with all requests and all requirements of said pretrial release.

6. Accordingly Defendant moves this Court for an Order allowing his travel on the dates and times specified.

Respectfully submitted this 16th day of August 2013.

PHILLIPS & ROBERTS

*s/ Bobby Phillips*

_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| v  ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK,  ) | |
|     Defendant  ) | |

### ORDER

For good cause shown the Defendant's Motion to Travel, having been read and considered the same is hereby granted. The Defendant shall notify the US Marshall Service and US Probation of the address and phone number at which he might be reached during his visit.

. SO ORDERED this ____ day of August, 2013.

_____
**HONORABLE G. R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                                ) | |
|             v                                                ) | Case No.: CR 4:13-028 |
|                                                                ) | |
| SEAN MICHAEL CLARK,                   ) | |
|       Defendant                                       ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 16th  day of August 2013.

                                                                                         PHILLIPS & ROBERTS

                                                                                         *s/ Bobby Phillips*

                                                                                         _____
                                                                                         BOBBY PHILLIPS, 576700
                                                                                         Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com