

**Brookhaven Family Medicine**
Affiliated with
Brookhaven
Memorial Hospital Medical Center

100 Hospital Road Suite 203, Patchogue, NY 11772
Tel 631-475-6900 Fax 631-447-5954

# Fax Cover Sheet

**To:** Attn: Sean Clarke          **From:** Dr. Hill - Brookhaven Family Medicine

**Company:** _____          **Date:** 8/14/13

**Fax Number:** 561-910-7427     **Total No. of Pages (Including Cover):** 2

**Phone Number:** _____

**Re:** Adeline Noonan

___Urgent  ___For Review  ___Please Comment  ___Please Reply

**Notes/ Comments:**



**Brookhaven Family Medicine**
Affiliated with
**Brookhaven**
Memorial Hospital Medical Center

100 Hospital Road Suite 203, Patchogue, New York 11772
Tel. 631-475-6900  Fax 631-447-5954

August 13, 2013,

To Whom It May Concern,

Mrs. Adeline Noonan has been a patient at Brookhaven Family Medicine for more that 5 years. She is currently suffering from Aortic Valve Insufficiency, Atrial Fibrillation, Dementia and several other medical challenges. Mrs. Noonan is currently at home, however has been having more frequent hospitalizations. Please allow Mr. Sean Clark the Grandson of Adeline Noonan to come and visit his grandmother prior to any further deterioration in her health or mental condition. Thank You in advance for your time and attention. If you have any additional questions, contact me at 631-475-6900.

Sincerely,

Dr. Tawana Hill, D.O.
Attending Physician
Assistant Clinical Professor