FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 AUG 19  AM 11: 36
CLERK_____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
| Defendant ) | |

## ORDER

For good cause shown the Defendant's Motion to Travel, having been read and considered the same is hereby granted. The Defendant shall notify the US Marshall Service and US Probation of the address and phone number at which he might be reached during his visit.

. SO ORDERED this 19th day of August, 2013.

_____
HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA