FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 AUG 19  AM 11: 36

CLERK_____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                v                   )        Case No.: CR 4:13-028
                                    )
SEAN MICHAEL CLARK,                 )
        Defendant                   )

## ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b) the Defendant Sean

Clark has asked this Court to waive his personal appearance at the arraignment on the

Superseding Indictment which is scheduled for Monday, August 19, 2013.   The

Defendant has signed a written waiver acknowledging the receipt of the Superseding

Indictment and indicating his intention to enter a plea of not guilty and request trial by

jury.  The United States does not object to the waiver of Mr. Clark's appearance at this

arraignment.  Wherefore for good cause shown the Court will accept the waiver signed

by the Defendant and his counsel and will grant the motion to waive his appearance at

the arraignment on the Superseding Indictment.   SO ORDERED this __19th__ day of

August, 2013.

_____
HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA