UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
| Defendant | ) | |

**MOTION TO TAKE DEPOSITION OF LEWIS TREMATERRA**

COMES NOW the Defendant Sean Michael Clark, by and through his attorney of record Bobby Phillips, who files this Motion asking that the Court issue an Order allowing Defendant Clark to take the deposition of Lewis Trematerra for all purposes allowed under the Federal Rules Of Evidence and the Federal Rules of Criminal Procedure.

It is expected that Mr. Trematerra will be a witness in this case and further believed that his truthful testimony will be beneficial to the Defendant.

FRCP 15 permits the deposition of a prospective witness in order to preserve testimony for trial. The court may grant the motion because of exceptional circumstances and in the interest of justice.

Defense Counsel is concerned that Mr. Trematerra's health might not allow him to attend trial even if subpoenaed. Mr Trematerra's knowledge of how the pain management clinics got started and how they were funded, staffed and organized is vital to the discovery of the truth in this trial.

Defendant believes Mr. Trematerra is a critical Defense witness because he was the financial resource behind the medical clinics involved in this case and because he was the principal partner in the Defendant Nuvest LLC. As this Court knows Nuvest LLC was the Defendant in a related case (4:13-cr-047) which case has been resolved by a plea offer resulting in a significant forfeiture and an agreement by the Government not to prosecute Trematerra for his involvement in this case.

In addition, pursuant to FRCP 16 (e) Defendant asks that the Government be ordered to immediately provide Defendant's attorney, for use at deposition, any and all statements, reports, and any and all documentary evidence of any nature or description, in the Government's possession and to which Defendant would be entitled at trial.

In support of this Motion Defendant Sean Michael Clark relies generally upon the Due Process Clause of the United States Constitution as well as upon the cited provisions of the FRCP.

This 22d day of September 2013.

PHILLIPS & ROBERTS

S/ *Bobby Phillips*

_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,  )
                           )
            v              )        Case No.: CR 4:13-028
                           )
SEAN MICHAEL CLARK,        )
      Defendant            )

**ORDER**

The Defendant's Motion For Order to Allow Defendant to take the Deposition of Lewis Trematerra having been read and considered the same is hereby GRANTED. The Government is directed to immediately provide Defendant's attorney, for use at deposition, any and all statements, reports, and any and all documentary evidence of any nature or description, in the Government's possession and to which Defendant would be entitled at trial.

        SO ORDERED this _____ day of _____, 2013.

        _____
        **HONORABLE WILLIAM T. MOORE, Jr.**
        **UNITED STATES DISTRICT COURT JUDGE**
        **SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case a copy of this Motion in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 22d day of September 2013.

PHILLIPS & ROBERTS

S/ *Bobby Phillips*

_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com