FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 OCT -9  PM 3: 35

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )      CASE NO. CR413-028
                              )
SEAN MICHAEL CLARK,           )
                              )
        Defendant.            )
_____)

### O R D E R

Before the Court is Defendant Sean Michael Clark's Motion for Discovery to Take Deposition of Lewis Trematerra. (Doc. 215.) In this motion, Defendant Clark seeks to take the deposition of Trematerra, stating that the witness's health may prevent his attendance at trial. However, a deposition to preserve testimony is only appropriate "because of exceptional circumstances." Fed. R. Crim. P. 15(a)(1). Defendant Clark's mere speculation as to Trematerra's availability fails to show cause that the deposition is necessary. The Court is aware that the witness resides in Boca Raton, Florida where he is subject to the Court's subpoena powers. Trematerra is available to defense counsel if he agrees to an interview. Accordingly, this motion is **DENIED**.

SO ORDERED this _9th_ day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA