```
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 OCT 30 PM 2:33
CLERK_____
SO. DIST. OF GA.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR413-028 |
| ) | |
| ADELAIDA M. LIZAMA and SEAN ) | |
| MICHAEL CLARK, ) | |
| ) | |
| Defendants. ) | |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 220), to which no objections have been filed. After a careful de novo review of the record, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant Adelaida M. Lizama's Motion to Suppress Statements Made to Grand Jury (Doc. 100) and Defendant Sean Michael Clark's Motion to Dismiss (Doc. 124) are hereby **DENIED**.

SO ORDERED this 30th day of October 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA