UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

### DEFENDANT'S SECOND MOTION TO ADOPT AND MEMORANDUM IN SUPPORT OF MOTION TO ADOPT

**COMES NOW** the Defendant Sean Michael Clark, by and through his attorney of record Bobby Phillips, who files this Motion asking that this Court allow him to adopt the Motion to Exclude the Government's Expert Witnesses, Dr. Gene Kennedy and Dr. Martin Zdanowicz filed on behalf of the Defendant Dr. Najam Azmat.

In support of this Motion Defendant Clark shows to the Court the following:

1. On October 25, 2013 the Defendant Dr. Najam Azmat filed a motion to exclude the testimony of the Government's expert witnesses Dr. Gene Kennedy and Dr. Martin Zdanowicz.  (Docket # 241)

2. Dr. Azmat's counsel also requested an evidentiary hearing which request is also joined in by the undersigned.

3. Other than having the Defendant Clark file a similar motion it is more economical to allow him, through his counsel, to adopt the motion filed by Dr. Azmat.

4. The Defendant relies upon the Due Process Clause and the consideration of judicial economy so as not to burden the Court, nor clutter the record by having numerous repetitive pleadings.

   WHEREFORE Defendant Clark prays for an Order allowing him to join in the motion filed by Dr. Azmat seeking to exclude testimony from the Government's expert witnesses on grounds set forth in said motion.

This 30th day of October 2013.

PHILLIPS ROBERTS & CARSON

*s/ Bobby Phillips*

_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
| Defendant | ) | |

### ORDER

The Defendant's Motion to Adopt the Motion to Exclude Government's Experts Dr. Gene Kennedy and Dr. Martin Zdanowicz, and requesting an evidentiary hearing, having been read and considered the same is hereby **GRANTED**. The Court will allow the Defendant Sean Michael Clark to be deemed to have adopted said motion just as if he had filed a verbatim copy of the same.

SO ORDERED this ____ day of _____, 2013.

_____
**HONORABLE G. R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|    Defendant ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 31st day of October 2013.

PHILLIPS ROBERTS & CARSON

*s/ Bobby Phillips*
_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com