UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )  | |
| v                             ) | Case No.: CR 4:13-028 |
| )  | |
| SEAN MICHAEL CLARK,           ) | |
|     Defendant              ) | |

**DEFENDANT SEAN CLARK'S MOTION IN LIMINE
TO EXCLUDE CERTAIN TESTIMONY
OF THE WITNESS DR. PHYLLIS MANSOUR**

**COMES NOW** the Defendant Sean Michael Clark, by and through his attorney of record Bobby Phillips, who files this Motion in Limine to Exclude Certain Testimony of the Witness Dr. Phyllis Mansour showing to the Court in support thereof the following:

## I.   INTRODUCTION

Dr. Phyllis Mansour testified for the Government during the Grand Jury session of January 8, 2013.  She testified she had been approached by Gary Roberson at Locum Tens USA, which is a headhunter service for doctors. (Mansour Testimony Transcript, P 4, L 8-17).  Dr. Mansour testified that she worked at a pain clinic called Prime Health Group on Jimmy Carter Boulevard in Northeast Atlanta during September 2011. (Mansour Testimony Transcript, P 7, L 15-17)

Dr. Mansour testified extensively about her activities at that clinic however she never had any connection with the East Health Clinic whatsoever or with any Defendant in this case.

## II.   STANDARD OF REVIEW

This Court has great latitude under Rule 401 in testing evidence for relevancy, but it may and should exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time or needlessly presenting cumulative evidence. This standard would apply to the testimony concerning the clinics in Florida which have no relationship to the Defendants in this case.

## III.   ARGUMENT

Because Dr. Mansour had no contact with the Defendant Clark and never worked at the Chatham County facility her testimony has no probative value and should be excluded.

**RESPECTFULLY** submitted this ___ day of November, 2013.

PHILLIPS & ROBERTS

*s/ Bobby Phillips*

_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

### ORDER

    The Defendant's Motion having been read and considered and for good cause shown therein, this Court hereby grants the Defendant Sean Michael Clark's Motion.

SO ORDERED this ____ day of _____, 2013.

_____
**HONORABLE G. R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
| Defendant ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of November, 2013.

PHILLIPS & ROBERTS

*s/ Bobby Phillips*
_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com