UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

DEFENDANT SEAN CLARK'S MOTION IN LIMINE
TO EXCLUDE CERTAIN TESTIMONY
OF THE WITNESS DR. SHERRI PINSLEY

**COMES NOW** the Defendant Sean Michael Clark, by and through his attorney of record Bobby Phillips, who files this Motion in Limine to Exclude Certain Testimony of the Witness Dr. Sherri Pinsley showing to the Court in support thereof the following:

I.   INTRODUCTION

Dr. Sherri Pinsley testified for the Government during the Grand Jury session in February 2012. She testified she had been recruited to work for a medical placement agency which put her in touch with a pain management clinic in South Florida. (Pinsley Testimony Transcript, P 15, L 13-20) That agency was All Care Medical which was headed by Lisa Goldberg. (Pinsley Testimony Transcript, P 15, L18-20)

Dr. Pinsley testified that she met with Mark Sternberg and Paul LNU about establishing a pain center in the Turtle Creek area of Florida, near Margate. (Pinsley Testimony Transcript, P 16, L 15-20)

Dr. Pinsley testified she worked for a brief time at the Turtle Creek clinic and then moved on to the Margate clinic. (Pinsley Testimony Transcript, P 18, L 16-25; P 19, L 1-6)

Dr. Pinsley testified there was one individual there named Pat whose last name she did not know. She also identified someone as Gervasio. (Pinsley Testimony Transcript, P 19, L 10-20)

She then testified she left the Margate office and opened an office in Boca Raton. (Pinsley Testimony Transcript, P 24, L 14-20)

Dr. Pinsley testified that she was fired essentially for not writing enough pain medication prescriptions. This was at the Florida Palm Beach clinic and had no relationship to the clinic in Chatham County. (Pinsley Testimony Transcript, P 39, L 12-25; P 40, L 1-20) She testified she was fired by Al. (Pinsley Testimony Transcript, P 42, L 2-25; P 43, L 1-14)

She also testified that there were discussions about her coming up to Georgia however she never got a Georgia license and was never involved in East Health Clinic. (Pinsley Testimony Transcript, P 43, L 11-25; P 44, L 1-5)

## II.   STANDARD OF REVIEW

This Court has great latitude under Rule 401 in testing evidence for relevancy, but it may and should exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time or needlessly presenting cumulative evidence.

This standard would apply to the testimony concerning the clinics in Florida which have no relationship to the Defendants in this case.

## III.   ARGUMENT

Because Dr. Pinsley had no contact with the Defendant Clark and never worked at the Chatham County facility her testimony has no probative value and should be excluded.

**RESPECTFULLY** submitted this 8th day of November, 2013.

                                    PHILLIPS & ROBERTS

                                    *s/ Bobby Phillips*
                                    _____
                                    BOBBY PHILLIPS, 576700
                                    Attorney for Defendant

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                                   ) | |
| v                                                              ) | Case No.: CR 4:13-028 |
|                                                                   ) | |
| SEAN MICHAEL CLARK,                 ) | |
|     Defendant                                        ) | |

## ORDER

The Defendant's Motion having been read and considered and for good cause shown therein, this Court hereby grants the Defendant Sean Michael Clark's Motion.

SO ORDERED this ____ day of _____, 2013.


_____
**HONORABLE G. R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v  ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of November, 2013.

PHILLIPS & ROBERTS

*s/ Bobby Phillips*
_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com