UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
| Defendant | ) | |


**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

**COMES NOW** the Defendant Sean Michael Clark, by and through his counsel who files this Motion to Travel.  Defendant Clark respectfully requests permission to travel outside of the Southern District of Florida to the Northern District of Florida.  The purpose of the travel is to attend a Regional Subcommittee Meeting of Narcotics Anonymous.  The meeting will be held at the Ramada Venice Resort at 425 US 41 Bypass, North Venice, Florida 34285.

Defendant Clark is on pretrial release in this case and has abided with all terms and conditions imposed by his probation officer Donald F. Lesmeister.  He is being supervised in Florida and has been restricted to the Southern District of Georgia and the Southern District of Florida.   Probation Officer Lesmeister has no objection to Defendant's traveling to North Florida for the purpose stated; however he requires that Defendant get this Court's permission to do so.

Counsel contacted AUSA Karl Knoche and he has no objection to the Court's granting this Motion.

The Defendant therefore requests permission to travel to the Northern District of Florida from November 15th through November 17th, 2013.  He will check out with his probation officer when he leaves the Southern District of Florida and will report back to his probation officer upon his return.

Upon approval by this Court Defendant Clark will provide his probation officer with his travel itinerary.

WHEREFORE the Defendant Sean Clark respectfully requests that this Court grant his Motion to Travel.

This the 14th day of November 2013.

PHILLIPS & ROBERTS

*s/ Bobby Phillips*
_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
| Defendant | ) | |

## ORDER

Defendant Sean Michael Clark's Motion to Travel is hereby Granted.  Defendant shall be allowed to travel to the Northern District of Florida to attend the Narcotics Anonymous meeting in Venice, Florida for the period of November 15th through 17th, 2013.

SO ORDERED this _____ day of November 2013.

_____
**HONORABLE G. R. SMITH**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

Order prepared by Attorney Bobby Phillips.
Copy provided to all counsel via electronic filing.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
| Defendant | ) | |


## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.


This 14th day of November 2013.

PHILLIPS & ROBERTS


*s/ Bobby Phillips*
_____
BOBBY PHILLIPS, 576700
Attorney for Defendant


402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070

email bplaw@msn.com