FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 NOV 15  AM 10: 48

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v | ) Case No.: CR 4:13-028 |
| | ) |
| SEAN MICHAEL CLARK, | ) |
| Defendant | ) |

## ORDER

Defendant Sean Michael Clark's Motion to Travel is hereby Granted. Defendant shall be allowed to travel to the Northern District of Florida to attend the Narcotics Anonymous meeting in Venice, Florida for the period of November 15th through 17th, 2013.

SO ORDERED this 15th day of November 2013.

_____
HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Order prepared by Attorney Bobby Phillips.
Copy provided to all counsel via electronic filing.