UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.: CR 413-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY OF WITNESS DR. PHYLLIS MANSOUR (DOC. 248)

The United States does not object to the defendant's motion in limine to exclude the testimony of Dr. Phyllis Mansour. At present, the United States does not intend on calling Dr. Mansour as a witness. Should Dr. Mansour's testimony become relevant through defense evidence at trial, the United States may decide otherwise.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*s/ E. Greg Gilluly, Jr.*

E. Greg Gilluly, Jr.
Assistant United States Attorney
Tennessee Bar No. 019397

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 15th day of November, 2013.

                                          Respectfully submitted,

                                          EDWARD J. TARVER
                                          UNITED STATES ATTORNEY

                                          ***s/ E. Greg Gilluly, Jr.***

                                          E. Greg Gilluly, Jr.
                                          Assistant United States Attorney
                                          Tennessee Bar No. 019397

PO Box 8970
Savannah, Georgia 31412
912.652.4422