UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

### DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

**COMES NOW** the Defendant Sean Michael Clark, by and through his counsel who files this Motion to Travel. Defendant Clark respectfully requests permission to travel outside of the Southern District of Florida to Arab, Alabama. The purpose of the travel is to visit his girlfriend, Daxaris Varquez's sister Sirenay Varquez-Quiones. He will be staying at 3133 Mount Oak Road, Arab, Alabama 35016.

Defendant Clark is on pretrial release in this case and has abided with all terms and conditions imposed by his probation officer Donald F. Lesmeister. He is being supervised in Florida and has been restricted to the Southern District of Georgia and the Southern District of Florida. Probation Officer Lesmeister has no objection to Defendant's traveling to Alabama for the purpose stated; however he requires that Defendant get this Court's permission to do so.

Counsel contacted AUSA Karl Knoche and he has no objection to the Court's granting this Motion.

The Defendant therefore requests permission to travel to Arab, Alabama from December 21 through December 27, 2013. He will check out with his probation officer when he leaves the Southern District of Florida and will report back to his probation officer upon his return.

Upon approval by this Court Defendant Clark will provide his probation officer with his travel itinerary.

WHEREFORE the Defendant Sean Clark respectfully requests that this Court grant his Motion to Travel.

This the 13th day of December 2013.

PHILLIPS & ROBERTS

*s/ Bobby Phillips*

_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
| Defendant ) | |

**ORDER**

Defendant Sean Michael Clark's Motion to Travel is hereby Granted. Defendant shall be allowed to travel to Arab, Alabama to visit Sirenay Varquez-Quiones for the period of December 21st through 27th, 2013.

SO ORDERED this _____ day of December 2013.

_____
**HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**

Order prepared by Attorney Bobby Phillips.
Copy provided to all counsel via electronic filing.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
|     Defendant ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 13th day of December 2013.

                                                PHILLIPS & ROBERTS

                                                *s/ Bobby Phillips*
                                                _____
                                                BOBBY PHILLIPS, 576700
                                                Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com