UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

_____ M
12-16  2013
_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | Case No.: CR 4:13-028 |
| ) | |
| SEAN MICHAEL CLARK, ) | |
| Defendant ) | |

ORDER

Defendant Sean Michael Clark's Motion to Travel is hereby Granted. Defendant shall be allowed to travel to Arab, Alabama to visit Sirenay Varquez-Quiones for the period of December 21st through 27th, 2013.

SO ORDERED this 16th day of December 2013.

_____
HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Order prepared by Attorney Bobby Phillips.
Copy provided to all counsel via electronic filing.