FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 MAY 30 AM 11: 37

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v | ) Case No.: CR 4:13-028 |
| | ) |
| SEAN MICHAEL CLARK, | ) |
| Defendant | ) |

ORDER

The Defendant Sean Michael Clark moved this Court for an order to allow his relocation from his current residence located at 521 Southeast 13th Court, Deerfield Beach, FL 33441 to a new residence located at 632 Trace Circle, Deerfield Beach, Florida 33441-7845. Defendant properly notified Donald Lesmeister, his Pretrial Services Officer in Florida, of his need to move due to his current lease having expired. Pretrial Officer Lesmeister correctly pointed out that any move must be authorized by this Court pursuant to Bond Condition #3: "The Defendant may not change his/her present address as recorded on this bond without prior permission in writing from the Court." Officer Lesmeister has indicated he has no objection to the move but has requested Counsel obtain written permission from this honorable Court.

Accordingly, for good cause shown, this Court hereby GRANTS Defendant's Motion to allow his relocation with the expressed approval and consent of the

Probation Supervising officer in Florida.  All other conditions of Defendant's Bond Order remain in full force and effect.

The Clerk is hereby directed to note this change of address in defendant's file.

SO ORDERED this 30th day of May 2014.

_____
HONORABLE WILLIAM T MOORE, JR.
JUDGE, US DISTRICT COURT