SENTENCING ADDENDUM

The following is a list of persons who have submitted letters in support of the defendant Sean Michael Clark.

1. The defendant's mother, Patricia a Clark;

2. Chris Willfford who met the defendant in a rehab facility in South Florida;

3. John Magro who met the defendant in narcotics anonymous;

4. Sandra Chatelain, RN, (2 letters-one a resume') who has known the defendant for three years since he joined a group home program similar to AA;

5. John Georgio who is a personal friend of the defendant's;

6. Sean P Young who is a recovering alcoholic;

7. Peter Yurkins a recovering alcoholic who has been clean for five years and sees the defendant on a regular basis;

8. Steve Singer who was with the defendant at the time of his arrest by the US Marshals;

9. Christina H. C. who has known the defendant for over 18 months and attests to his ability to help fellow addicts;

10. Elvis Galesi who is an older gentleman who is become friendly with the defendant and thinks highly of him;

11. Steven Ketchen who is an active member in the 12-step fellowship in which the defendant also participates;

12. Matthew Stimson who is a recovering addict and who attests to the value of the assistance provided to him by defendant;

13. Kimberly Schuckmann who is also a recovering addict and the 12-step fellowship program;

14. Rick Montaperto who is an older gentleman familiar with the defendant and his involvement in Narcotics Anonymous;

15. Geoffrey Kohart who has known the defendants over five years and was the person to whom the defendant was referred by an attorney (mutual friend) who suggested that the defendant should move to South Florida to get his life back on track;

16. Christopher Dowdell who has known the defendant for over five years and who believes the defendant has experienced a spiritual awakening;

17. Sean Robert Bellow who is a peer coordinator at the Drug Abuse Foundation who recites how inspired he was by Sean's personal testimony (35 other people also signed the original letter);

18. Mike Visnick who is a younger person who has been impacted by the defendant's involvement in drug rehabilitation;

19. Zach Zimmerman who attests to the impact the defendant has had on his life while he has been in rehabilitation; and

20. Dennis Giglio who is known to the defendant for over two years and in his letter refers to the defendant as a "spiritual warrior".

Patricia A. Clark
3 Mott Court
Saint James, New York 11780
(631) 838-0754

April 17, 2013

The Honorable Judge Moore
C/O Bobby Phillips, Esq.
402 East Liberty Street
Savannah, GA  31401

Dear Honorable Judge Moore:

I am writing this letter to you on behalf of my son, Sean Michael Clark, to try to explain who Sean is and to share with you the sober and productive way he has chosen to live his life today.

On June 6, 2008 I made the difficult decision to send Sean to Florida to seek a recovery from addiction. It was my understanding that there was a lot of community support in the Boca/Deerfield Beach/Del Ray Beach area and I had hoped that he could find and embrace a drug free lifestyle there.   Today, I can happily say, that my dreams have been realized.  His journey has not been easy and without some challenges.  In October, 2012 he celebrated one year of being completely drug free and for Christmas he sent me his one year coin as a gift – I assure you this was the most priceless gift I have ever received.

To understand who Sean is, I guess it would help if you knew more about his upbringing, his family life, and how he rose from the depths of despair to the life of clean living he enjoys today.

Sean is the oldest of my three children, his brother Christopher is 30 years old, and his sister Kathleen is 24.  Sean's father was my high school sweetheart, Kevin, and we were married for 30 years until he passed away on June 26, 2007.  Sean was raised in a loving home, first in Ridge, New York and in 1995 we moved to Saint James, New York;, both homes were in small towns located in central Suffolk County on Long Island.  Sean attended school at St. John the Evangelist elementary school, Longwood Middle School, and Smithtown High School.   I retired last week from my job as a Director of Management and Research for the Suffolk County Department of Social Services after nearly 36 years of employment there.  Sean's father was a police captain for the Upton Police force at Brookhaven National Laboratory for many years, and in 1989 he took a job with Citigroup and was a Security Director working at the office at 1 Court Square in Long Island City, NY.

Over the years, Sean's Dad faced many health challenges due to knee injuries (which resulted in joint replacements); various other injuries which led to multiple surgeries – wrists, shoulders; and grand mal seizures starting in 1996 – he had over 200 seizures in his lifetime.  Over the years he was unfortunately being overprescribed with prescription drugs for pain, meds for the seizures, and anti-depressants.  Over the years, my husband struggled with his own battle against addiction to the pain meds and anti-depressants.  Unfortunately my children were all exposed to this drug abuse in my home, despite my efforts to shelter them.

When my husband passed away suddenly on June 26, 2007, Sean had an extremely difficult time coping with the sudden loss of his father. (My husband had a grand mal seizure near our backyard pool and my

The Honorable Judge Moore
RE: Sean M. Clark
Page 2

son Christopher found him there – he had drowned.)  This was a terrible and sudden loss for our family
and Sean's struggle with his father's death exacerbated his addiction and at home this was more than
we could bear.  This struggle led to my decision  one year later when  I sent him to Florida to seek his
recovery – I could no longer have him living at home with my other children and I could no longer
tolerate his addiction in my life.

During the past few years, I have visited Sean in Florida at least twice each year and speak to him several
times each week.  I am both happy and proud to say that Sean took this opportunity to begin a new and
sober life there.  He attends meetings regularly for Narcotics Anonymous (NA) and has continuously
surrounded himself with friends who are successfully working the program and who also treasure their
clean drug-free lives.  He is a regular speaker at NA meetings, attends NA conventions, and is often
invited to be a guest speaker at meetings at various rehab centers.  He has also taken college courses to
become a drug counselor but at this time that dream is on hold.

Judge Moore, I hope you understand how much I love my son, and how proud I am of his recovery.  I am
requesting with every ounce of a mother's love, that Sean be allowed to continue to pursue his road of
recovery and to achieve every dream he has ever dared to dream.

Thank you for taking the time to read this letter about Sean.  I hope you will be able to see before you
the clean and sober man Sean is today.

Sincerely,

Patricia A. Clark

# ALPHA WRECKING GROUP

### DEMOLITION CONTRACTORS

**4720-K OAKES ROAD
DAVIE, FL 33314
PHONE-954-587-3700 FAX-954-587-3999
*"WE BREAK IT BETTER"***

# RE. MR. SEAN CLARK

05/29/2013

### THE HONORABLE WILLIAM MOORE

YOUR HONOR:

It is with great pleasure that I set aside a few moments to describe for you the transformation I have witnessed in the life of Sean Clark. Having met Sean as soon as he came into Recovery in the South Florida Area, I can personally attest to the tremendous growth that has occurred. This growth to which I am referring is as a direct result of Sean taking to heart & putting into action ALL of the "suggestions" of the Program of Narcotics Anonymous.

Those suggestions are:

- GO TO 90 MEETINGS IN 90 DAYS—SEAN HAS DONE THAT
- IF YOU'RE STILL CLEAN; KEEP GOING TO MEETINGS ON A REGULAR, IF NOT DAILY BASIS--SEAN HAS DONE THAT
- GET A HOME GROUP--SEAN HAS DONE THAT
- GET A SPONSOR--SEAN HAS DONE THAT
- CALL THAT SPONSOR--SEAN IS DOING THAT
- WORK THE 12 STEPS WITH THAT SPONSOR--SEAN IS DOING THAT
- GET A SUPPORT GROUP & CALL THE PEOPLE IN YOUR SUPPORT GROUP--SEAN IS DOING THAT

It's a pretty simple list, and Sean has followed it consistently & with a purpose. That purpose, I believe, has connected him with God, aligned him with the Spiritual Principles of the Program of Narcotics Anonymous & brought him to a place where he understands that if he continues along this path it is not only possible-IT IS A CERTAINTY—that he will become an honorable man & a productive member of society worthy of your consideration in the matter before you.

On a personal note, let me say this:
I have been where Sean is and I have made the journey from there to where I am today. Along my journey a Jurist like you took a chance on me when I had 9 months Clean. That Judge saw fit to place me on "House Arrest" vs. incarceration for the non-violent & drug related crimes I had committed. I worked very hard & I made it through that period with zero violations.
I went on to get married & start a business which I am proud to say employs dozens of people AND is operated based upon the Principles I learned in Recovery. I can say with great sincerity that I believe Sean Clark is capable of similar, if not greater things.

If that Judge had not shown the faith in me that his judgment allowed, none of these things would have been possible.
Part of what has continued to motivate me over the years was proving to the judge that his faith in me was well placed.
I am pleased to say that on June 15, 2013 I expect to celebrate 14 Years of Clean Time & Continuous Recovery.
I doubt very seriously any of this would have happened had I been incarcerated this entire time

I urge you to take all of the preceding into consideration as you deliberate upon this young man's fate.

Should you care to contact me directly pertaining to this matter I would be more than glad to assist Sean's case in any way possible.
Thank you, Sir, for your time & attention.

Sincerely

**Chris Willford
President
ALPHA WRECKING**
Mobil phone #: 954-203-9304
Email: chrisw@alphawrecking.com

1

John Magro
2515 Ne 2nd , Ct.
Boynton Beach
Florida , 33435
<u>561 299 7535</u>

To whom it may concern :

    I am writing this letter on behalf of Sean Clark, he is a friend of mine that I met in Narcotics Anonymous, Sean is a very good example of how we can change our lives if we have the willingness to do so, I have seen him help others and work a very good program, we are sponsee brothers who spend a lot of time together.  I know Sean makes as many meetings a week as he can , and he is involved in his recovery, he works NA steps and is making a great effort for his recovery, he has changed in many ways,  Besides attending meetings regularly the program teaches us a new way of life.  Sean speaks at H&I as often as possible.  Going to a hospital or rehab and speaking to the clients about your experiences and carrying a message of hope to people whose life is turned upside down by drugs and alcohol is a rewarding endeavor, it is also what keeps us clean and unable to forget about the pain and misery addiction brings.  This past weekend 4/26/13-4/28/13 we went to Key West to a convention in Sugar Loaf Key campground.  These are the things we do in recovery that not only make staying clean easier they provide a rewarding life full of all the gifts recovery has to offer, these are the things I have witnessed in the time I have known him, and like I said he is a great example of the gifts working a Narcotics Anonymous program has in someone's life, I ask the court to consider this if any kind of sentence is imposed.  The purpose of a sentence in my understanding is to rehabilitate someone and prevent them from exhibiting unhealthy or illegal behaviors in the future.  Anyone who lives the life I witness Sean living and doing the things he does has already been reformed I do not see how a sentence of incarceration would benefit him or the people in his life.  In fact I believe it would have the opposite effect and prohibit Sean from positively affecting the people in his life like he has since I have known him.   My contact info is at the top of this letter, please contact me for any reason if I can be of help.

                                  Sincerely,

                                  John Magro

**SANDRA CHATELAIN, RN (ret.), LCSW, CAP**
1 HARBOURSIDE DRIVE, #1203
DELRAY BEACH, FL., 33483-5175
561-445-6167
SANDYCHAT@COMCAST.NET

April 8, 2013

Hon. William T. Moore, Jr.
U.S. District Court
125 Bull Street
Savannah, Georgia  31401                    Re:  Sean Clark

Your Honor:

This is written voluntarily and willingly on behalf of Sean Clark.  I have known Sean for three years on a fellowship basis.  I don't include AA in my letterhead; I have been in recovery over 27 years.  Our conversations have been informal but often lengthy and I have learned much about his early life and about what addiction has done to him and to his family of origin.  While it does not excuse any wrongdoing on his part, it does somewhat explain his history relative to law and authority.

Sean's father was an abusive alcoholic member of law enforcement who tyrannized the family.  His messages to his son regarding the extraordinary importance of money could be demonstrated by his having repeatedly dropped 12-year- old Sean off by himself at 5:00 a.m in a dangerous neighborhood to work until 6:00 p.m. to earn money by working on a Pepsi route and told him to find his own way home.  While it may have contributed to a strong capacity for work, it sent a message about the relative value of Sean's life versus the value of money. This small snapshot of life in the Clark home is consistent with the development of a poor regard for law, although it does develop resilience in a child that survives it.  As said before, it does not excuse but perhaps mitigates.

From the time he joined our home group in 2010, it was clear that Sean wanted what a twelve-step program offers, which is much more than just abstinence from mood altering chemicals.  People who practice this way of life discover the inner resources and peace of mind that obviate the need for better living through chemistry.  He is young; he wavered.  However, for the past eighteen months, he has been consistent in following the recommended steps.  He expresses remorse for the costs to others of his decisions.  This is a sign of healthy recovery, having this epiphany about harm done others.  He appears genuinely motivated to stay in recovery, recognizing the connection between substance use and life-altering decisions made under the influence. He is now enjoying work helping clients for a consumers' rights law practice.

My resume is attached as relevant to my testimony in his behalf.  Although semi-retired, I have never lost interest in the thinking that results in contact with the criminal justice system.  We have had discussions about the failure in consequential thinking that puts people in front of the bench.  Some have to struggle only with the substance of choice and others have two sets of temptations, as does Sean.  He knows that relapse with one coincides with relapse on the other sooner or later, and it is usually sooner.

Thank you for your attention to this lengthy letter.

Very truly,

Sandra Chatelain

**SANDRA CHATELAIN, RN, LCSW, ACSW, CAP**
1 Harbourside Drive, #1203 Delray Beach, Florida 33483
561-445-6167
sandychat@comcast.net

For fifteen years I worked for the Nassau County (NY) Department of Drug & Alcohol Addiction in the Stop DWI Jail Program at Nassau County Correctional Center. We provided substance abuse treatment, alternative sentence advocacy and aftercare arrangements for a population of sixty detainees.

I was with the program from inception, starting as a counselor. I advanced to program director and held that position for twelve years. My responsibilities were for program development, hiring, general administrative duties, staff development and supervision, and to interface with the Sheriff's Department. This included participating in in-service training for officers. I was responsible for a small case load and lectured on recovery-related topics at the jail and at our department's residential rehab program, covering topics including physiology, human relations, co-existing addictions, relapse prevention, criminality, domestic violence, trauma, sexuality in recovery and developmental psychology. These were also presented at the county's residential rehab facility. I left when an attractive buyout was offered to county employees.

Additional trainings I have taken were NYS Office of Substance Abuse Services Train the Trainers in Working with Criminal Justice Clients. I took the CENAPS (Gorski) course on Relapse Prevention and the course on Working with Chemically Dependent Criminal Offenders. I also worked for CENAPS evaluating essays of trainees who sought the CENAPS credential and I assisted at one of the trainings. I have taken EMDR trainings, Levels I and II.

I have done workshop presentations for other professionals at the Nassau County Mental Health Association on Working with Survivors of Childhood Sexual Abuse and Working with Criminal Justice Clients. For the Long Island Association of Addiction Counselors I have presented on Transitional Housing, Personality Disorders and Recovery and on Working with Offenders. I have also taught a course at the college level on Adult Development. I am qualified as a supervisor by the Florida Department of Health, Board of CSW/MFT/MHC.

I relocated to Florida to continue work in the addictions field and private practice. The feedback I consistently have gotten over the years from workshop participants has been about my ability to present ideas clearly and, where feasible, to put them into picture form for additional impact.

Florida licenses: LCSW (#7495), CAP (#5918), RN (#9217298 ret.).



June 14, 2013


Your Honorable Judge Moore,

I am writing this letter on behalf of Sean Clark.

Over the last year and a half, Sean has become my good friend.  He is gainfully employed in a 9 to 5 job.  Sean is actively involved in narcotics anonymous and attends meetings on a regular basis.  He offers his time for service work, and to help other addicts in need.

In my opinion, Sean has found a new way of life and lives it to its fullest extent.  If I need anything Sean would be one of the first persons to help me.

When and if you render your decision, please take my response into consideration.

Sincerely yours,

John Georgio

**S & S PROPELLER COMPANY, INC.**

3040 S.W. 10th Street  •  Pompano Beach, Florida 33069  ∘  Tel. (954) 979-5220  •  Fax (954) 979-7161
26-15 123rd Street  •  Flushing, New York 11354  ∘  Tel (718) 359-3393  •  Fax (718) 358-9324

April 8, 2013

Dear Honorable Judge Moore,

I am writing this letter to share with you the positive impact Sean Clark has had in my life.

I met Sean at an AA bowling party in 2009 when I first relocated to south Florida. I had recently completed a drug and alcohol rehab up north and was trying to reestablish myself in Florida and make connections with other people that were going through the same thing. One thing that I remember was that he immediately welcomed me and reached out his hand. We talked about what had brought us to make a decision to finally ask for help and make a change. I mentioned to him that I was looking for work and he immediately offered to get me a job where he worked. The owner and most of the employees were all in recovery so not only would I be able to support myself, I would also be surrounded by positive people dealing with the same issues we were dealing with. As we worked together we became good friends. He let me sleep on his couch when I didn't have a place to stay and lent me a few bucks when I needed it. He is the type of guy who would literally give the shirt off his back for you. I know people say that a lot about other people but he truly is that type of guy.

We worked together for the better part of a year and a half until the office was closed by the owner and we moved on to different things.

During that time we lost touch. I took a job that was not conducive to my recovery and I suffered consequences from that. I'm not sure of all the facts but I believe Sean also made some poor decisions, one of which is why I'm writing this letter to you.

In November of 2011 I recently had gotten sober again and while I was in my first thirty days of sobriety, received a phone call from my father that my younger brother had died from an overdose. Sean was person of support for me throughout that ordeal. I remember running into Sean at a meeting soon afterward and saw that he had gotten back on track. To see someone else who also suffers from substance abuse issues turn their life around can be, and has been an inspiration of hope to the "newcomer" more powerful than anything else. He has been and continues to be a true friend throughout my journey. There aren't too many people that I know that would be willing to do whatever needs to be done to help out another alcoholic. Sean is one of them.

Since that night I ran into him we have become close again. He again helped me get work when I was out of a job and has continuously invited me out with the guys on Friday nights to go to meetings and have some dinner. I've seen him struggle at times and it's amazing to see him now have over 18 months sober.

I think it's important for you to know that Sean is absolutely serious about his recovery. Well before any of his legal issues he came to Florida to turn his life around. I personally witnessed and experienced his willingness to help out the new guy in AA. Although he has made some poor choices he is a good person and has a huge heart. I would humbly ask that you take into consideration this letter before handing down your final sentence.

Respectfully,

Sean P. Young

4/9/13

Dear Honorable Judge Moore,

My name is Peter Yurkins and I am writing on behalf of Sean Clark. Sean and I have gotten to know each other over the last year and a half and in that time Sean has been an inspiration for me and others. I am very active in the recovery community and I have asked him on more than one occasion to come and share his story with people who are just starting their journey on the road to recovery.  Sean and I often talk nutrition and living a healthy lifestyle. Our paths cross pretty much on a daily basis and he always has a hello and something good to say. I do not know the details of what his life was like before we met but whatever they were lead him to where he is now, and where is he now is on a path of helping others and himself. Taking him off of that path now I believe would do more damage than good for himself and certainly for others. My understanding is that people who have started their journey can benefit crossing paths with Sean he has a positive impact on so many people.  Incarcerating him in my opinion with smother the flames of progress rather than fanning them.

Thank You very much for time.

Peter Yurkins

PS Just a Small bio of me:

My clean date is 7/25/08 this July is 5 years with no substances.

Active member in the recovery Community.

I bring Recovery presentations into treatment facilities twice a month.

I sponsor a couple of guys.

I am the chair of a hotline that people can call 24hrs a day if they need help.

Honorable Judge Moore
4/5/13

To The Honorable Judge Moore,

Your honor, this email is in reference to Mr. Sean Clark.  Mr. Clark was in my office on the day that his attorney called to say that he needed to turn himself in.  It was actually ironic that I was walking with him to retrieve his personal belongings so he could do as his attorney advised when the Marshals showed up.  He was extremely cooperative and polite and gave absolutely no resistance at all.  Mr. Clark is very well liked, well respected in regards to his work and work ethic, and treats everyone he comes in contact with in a very respectable manner.  He is quick to help others out if need be, and is just an all around well liked guy.  I am aware that he has had past "personal demons" to deal with, but have spoken personally to some of the people in his support group and am told he is doing fantastic as he sticks to his program.

I do believe Sean does not pose any type of a "risk" or feels the need to get caught up in any type of illegal activity.  Furthermore, it's my personal opinion that he is a well respected and productive member of society.

I do hope that my letter points to his "good character" and also hope that you take into account my personal observations and knowledge of him.

If I can be of any further assistance, please do not hesitate to contact me.

Respectfully,

**Steve Singer**
**Director of Compliance**
**August Belmont and Company**
**PH: 561-910-6028**
**FAX:561-340-4754**
compliance@theabclegal.com

Honorable Judge William T Moore Jr.


I am writing a letter to you on behalf of Sean Clark.  I have known Sean for about 18 months from the fellowship of Narcotics Anonymous.  He regularly attends the meetings that I attend and I also have some friends who work with him.  He is a kind, hardworking person who is  always willing to help out in our recovery community.  I have recently come to find out that Sean has committed some serious offenses in his past.  This saddened me because Sean has been an asset to our recovery community and it would be a shame to lose him.

What we do in Narcotics Anonymous is we carry the message of recovery to other addicts seeking recovery.  Our message is "that any addict seeking recovery can lose the desire to use and find a new way to live".  As individuals we also have a second chance to work the Twelve Steps of NA in order to become better people as a whole.  For us, "the therapeutic value of one addict helping another is without parrallel" therefore it is imperative for Sean to be involed in our community.  I understand that he will have to serve time but hopefully his sentence can be reduced so that he may serve NA when he gets out.  I believe that Sean is one of those people that has found a new way to live.


Sincerely, Cristina H.C.

1

April 17, 2013

Dear Honorable Judge Moore,

My name is Elvis Galesi, I am 57 years old and I first met Sean Clark approximately 10 months ago at work. I have no qualifications in rendering my opinions of Sean other than that of another human being. As someone who has had no conflicts with the law, who has a fairly conservative outlook and who believes some people are beyond rehabilitation, I sincerely believe incarceration in Sean's case would be a grave injustice.

The Sean I know is a true gentleman who possesses a genuineness that cannot be faked. I do not know all the particulars regarding Sean's case, and I don't know if substance abuse may have been a contributing factor. Personally, I've indulged in substance abuse with liquor but by the grace of God always had a cut off point. Fortunately in my case I've come to grips with that period as I am totally convinced Sean has as well. I know Sean attends AA and NA meetings faithfully and enthusiastically as he has stated several times looking forward to them.

Sean is a sensitive, intelligent and compassionate human being. I can't emphasize strongly enough that in my opinion Sean has crossed a threshold; closed a chapter in his life and is looking towards a bright future.

Your Honor, I consider Sean Clark more than a coworker but a friend as well. Having friendships that have lasted over 40 years, I can say that Sean certainly possesses the qualities I would look for in a friend. I hope and pray that you consider my humble opinions when presiding over Sean's case.

God bless.

Thank you.

Sincerely,

Elvis Galesi

April 14, 2013

To The Honorable William Moore:

My name is Steven Ketchen and I am writing in regards to Mr. Sean Clark. Sean is an active member in a 12-step fellowship that promotes acts of selflessness and living as a productive member of society. Sean participates in planned services such as feeding kids in halfway houses who are just starting to get clean and sober around the holidays and speaking at H&I meetings (hospital and Institutions where people in recovery bring 12 step meetings into treatment centers). He also participates in unplanned service on a daily basis, whether it's simply greeting the newcomers at the door , or just simply talking to another member of the program to help them get through a day living a new way of life. On a personal level I have known Sean for a little over a year and ever since I was brand new to South Florida, he has always reached out to make me feel apart of and comfortable being new to the area. Sean is a great example of how it is possible to live a way of life that stresses the importance of service, selflessness and integrity. I hope this letter helps show the importance of how Sean lives day to day today, because he has become a productive member of society, as well as a good friend that is always willing to help someone out. Thank you for your time.

Sincerely,

Steven F Ketchen
610-909-6967

Judge William T Moore Jr.

         My name is Matthew Stimson, and I have been one of Sean Clarks close friends for many years. I have had had my trials and tribulations in life such as most however I have been clean and sober for almost two years, and take life as the absolute gift it is with full recognition of the importance of healthy decisions, and a well balanced life with the values of honesty, family, work, and integrity. Sean is one of my biggest support group members in Narcotics Anonymous, and had helped me through a loss of a business through a tragic economy, while bouncing back to be successful consumer protection coordinator. I can only express my feelings and emphasize on the fact that yes Sean has made some questionable associations with some questionable people which in turn landed him the current situation he has, but Sean has been clean, and drug free for 18 months, and sponsors, and supports many on a daily basis who struggle with drug addiction, but the most important thing is what he always reminds many people of to help them stay sober as well as himself, which is the importance of honesty, family, integrity, and consequential thinking. If it wasn't for Sean, and the importance of the support he has given over the last 18 months I'm not sure exactly where my life would be, but the one thing I'm sure of is it would be my loss as well as many others he helps on a daily basis. Although we all understand that we must live with the consequences of our decisions I only ask that you allow how many people he has helped over the past year, as well as on a daily basis, added to the fact that he is not the man he has when he had association with the people he did when taking the jobs at these pain clinics reflect in your decision of what his future will hold. Please contact me anytime if necessary, and thank you for your time.

Matthew Stimson
(646 262-1434)

**Kimberly Schuckmann**
**621 Siesta Key Circle Apt. 3225**
**Deerfield Beach, FL 33441**

April 17, 2013

**Re: Sean Clark**

Honorable William Moore,

I am writing with regard to Sean Clark, who currently has pending charges in your court.  I have known Sean Clark for about 3 1/2 years, and can personally and wholeheartedly attest to his character, his remorse for the past, and the unlikelihood of him living anything but a law abiding and honest life.

I met Sean in Narcotics Anonymous through our mutual participation in a twelve step fellowship.  As is the case with most who suffer from the disease of addiction, Sean's involvement in this situation was a direct result of his disease.  Most of the time I have known Sean, he has been clean and sober, without the influence of any mind or mood altering substances.  Throughout his recovery, he has been an active member of our fellowship's community and a trustworthy friend.  The man I have come to know and respect, a man who now is recovering from the deadly disease of addiction, would never commit the criminal acts for which he is now going through this process over.  I must say he is handling the whole situation pretty well and I believe being tested this way has only made his recovery stronger.

Unfortunately, relapse is a common experience for most addicts seeking recovery.  Most who eventually succeed in achieving ongoing recovery have had such setbacks, and, like Sean, return promptly to treatment and twelve step recovery.  Despite Sean's struggles that have brought him to your courtroom at this time, he has shown repeated willingness to get clean and stay clean, and has proven that he can do so on the outside with appropriate support.  He most certainly will not have the ways and means to participate in the treatment and twelve step fellowship support system he needs if he is incarcerated for an extended period of time.

I am writing to ask the court to consider leniency in the case of Sean Clark in whatever way it can.  If our justice system is truly invested in rehabilitating its offenders, the best option it can offer should include additional treatment, community control, and the ability to continue rebuilding the life he has begun for himself as a responsible, productive, member of society.  He is an invaluable asset to his family and to our twelve step community.

If there is any further information I can provide with regard to this case, please do not hesitate to contact me.  Thank you for your consideration in this matter.

Sincerely,

Kimberly Schuckmann

*Rick Montaperto*
*519 Brittany - K*
*Delray Beach, Fl. 33446*

Date : 4/16/13

Honorable Presiding Judge,

After spending approximately thirty years in private business, I returned to the field of
education. It was my choice to involve myself with court-mandated youngsters. I chose
this arena based on two reasons. One of those reasons was that I wanted to work with at
risk youth, and use all the people skills that I have acquired during my years in the private
sector. The second and most poignant reason involved the death of my twenty-four year
old daughter in 1999 from drug addiction. Her death inspired me to work with youngsters
on the edge, and guide, teach, and otherwise instill in them a spirit to never give up. My
name is Rick Montaperto. I am the retired Director of Court Advocacy for the YOUTH
DARES program in the Coney Island section of Brooklyn, N.Y.

YOUTH DARES is a not for profit organization that offers positive alternatives to at risk
youth and their families through education, crisis intervention and prevention.

Mr. Clark has devoted his time and energy, in Narcotics Anonymous, doing Crisis
Intervention and speaking at Hospital and Institutions to let young people know there is a
better way .
I feel as though Mr. Clark and I share a kinship that goes deep into the soul. You see
Sean , as I would like to call him, also lost his Father from drug addiction.   Thus our
motivations are the same. Our relationship resembles a sibling entity, and is based on
both our desires for young people in trouble to move on to goodness.
From day one, We spoke to each other from the outset and we very frank and open.
When Sean discovered my tragic circumstances and I his, we clicked and I knew that I
could count on him for anything.
To watch him interact with the young people in the meetings was to watch a father of a
large family; caring, scolding, and leading the children on to the right road. From his
commitment to the youngsters, to his sincere efforts to work with the others, you could
see that Sean has been redeemably a just source. Having lived through what I have and
what Sean has had, I knew immediately that this was a good man who was in pain. It is
precisely, this pain that, in my opinion, enables Sean to have such a profound effect on
others . He is no longer part of the problem he is now part of the solution.
I'm asking for the sake of all concerned, and there are so many, please have it in your
heart to treat this man with humanity. It is my humble opinion that he deserves it.

Respectfully,

*Rick Montaperto*

Director Criminal Justice, Retired

The Honorable Judge Moore,

I am writing this letter on behalf of Sean Clark.  Personally I have known Sean for over 5 years.  Ray Suris an attorney in New York is a childhood friend of mine and called me a few years back and asked if I could meet with a friend of his Sean Clark.  At the time I owned a Credit Consoling Company and met with Sean and hired him. Sean worked for me for over 2 years and since that time we have become good friends.

Sean has one of the biggest hearts I have come across in a long time. He is a stand up guy and has overcome many struggles in his life. Sean struggled with Alcoholism and Addiction for many years. He has currently been sober for over 18 months which is the longest time frame he has had since I have known him. I see him at meetings and he is an active member in the recovery community. I myself over 10 years ago struggled with the same demons and since been sober for 10 years in September. Sean is a man of integrity and honor that is trying to get his life back on track. I my eyes he is working a solid program and trying to make a difference in other people's lives.  The change he has made in the last 18 months is nothing short of a miracle.

Everyone that hasmet Sean loves him instantly. He is a gentle giant. My fiancé always asks me how Sean is doing and is one of his biggest fans. Over the last 10 years I have seen many man come into recovery and over 90% of them have never put together any quality time. Every month I hear that more people have died of this disease or ended up in prison. I have had to call a few fathers and mothers and tell them that their son was dead. I have seen a lot of horrible things and heartbreaking stories. But every once in awhile I come across someone like Sean, who has completely changed their lives and is now a productive member of society.

Feel free to contract me if need be. My number is 561-702-0822.

Sincerely,

Geoffrey Kohart

Christopher S. Dowdell
Boca Raton, Florida

May 20, 2013

To Whom It May Concern:

I am writing this letter on behalf of Sean Clarke whom I have known Sean for five years.  I have known him during his "bad" times through today.  Sean had some difficulty when he first attempted to get clean in NA.  The only constant in his life at the time was that he would be tenacious in his attempts to do so.  Initially, Sean like many others, had been in a quandary as how to grasp and inculcate the program of NA in his life.  I admired him for his endurance; that effort has finally paid dividends.

Since that turnaround, it has been a joy to see the growth in his recovery.  Like a lot of people that stick to it as Sean has, they grow to where they have begun to truly achieve a clean and sober lifestyle.  He is now the person we always saw under the masks that the addict puts on.

I would not be writing this letter if Sean was just staying away from a drug or drink and going to meetings.  Though meetings and abstinence are quite important, the more important aspect of recovery is to begin to change the person one brings into recovery. This change is only accomplished by establishing a relationship with one's God, giving unselfishly what has been given, taking full responsibility for the past along other new and learned principles.  These actions are enabling Sean to develop a lifestyle which is the opposite of his past life.  This is the essence of a "Spiritual Awakening."   NA is not something we just "do."  NA is a way of life.  Sean has certainly begun to accomplish these objectives.  Sean is actively engaged in NA by speaking, setting up meetings, giving service, helping others and is helping take the NA message to institutions.

It is only that Sean is now truly "walking the walk" that I unreservedly advocate on his behalf.


His Friend and Brother in Recovery,

Christopher S. Dowdell

Please Do Not hesitate to call
754-264-5397

Dear Honorable Judge Moore,                                    4-8-13

My name is Sean Bellow and I am a client at Drug Abuse Foundation in Delray Bch Florida, addressing my alcohol & drug addiction.  The other night a young man named Sean Clark came to the facility to bring an AA meeting to myself and 40 others.  I felt blessed that someone cared enough about other sick addicts to bring a message of hope & faith to individuals that don't have access to meeting.

Sean spoke about his addiction and not being entirely proud of all his decisions in life and how he is dealing with them by giving back to society by helping people who are less fortunate.

Everybody at meeting was extremely moved by his story and his intentions.  He carried an extremely positive message and planted many seeds of hope in people who were hopeless.

It would be a sad case of events if this promising young man was taken from his loved ones for something he regrets and is dealing with on a daily basis.  I am looking forward to hearing Sean again and uplifting my spirits.

Your Honorable Judge Moore,                        3.21.2013

    My name is Sean Robert Bellow, I am the peer coordinator at the Drug Abuse Foundation.  This facility specializes in the treatment of Drugs and Alcohol addiction.   Speakers from Alcoholics Anonymous and Narcotics Anonymous bring their message of hope and success in their life of sobriety to the Intensive Residential Treatment Center.  Today we had the opportunity to listen to Sean Clark who delivered a very meaningful message to us.  Below is a list of individuals who were inspired, motivated and filled with hope to change and live their life with honesty and sobriety.  We were all moved and touched in such a positive manner, it inspired me to reach out to you and bring it to your attention.

                        Sean Bellow

35 signatures are affixed on original letter.

Your Honor,

My name is Mike Visnick and I'm a peer leader at the Drug Abuse Foundation in Delray Beach, Florida.  I am twenty years old and have been dealing with a drug addiction for the last five years. Fifty days ago I voluntarily admitted myself to rehab because I was sick and tired of living that lifestyle but I had no clue how to stay sober myself and needed someone to show me how.  That's when I met Sean Bellow and he took me under his wing.  Sean had eight years sober before he relapsed and made some mistakes with the law but it's amazing to me how this inspiring man committed these crimes because I look at him as an older brother and could never see him doing these crimes but that's just what drugs do to us addicts. We do things tht we regret while using drugs and when sober, some are amazing people that can help a lot of people.  Well Sean is definitely a diamond in the rough, just by watching him grow and lead by example it has inspired me so much to follow in his footsteps. Sean constantly helps me with my problems and has an amazing heart.  I can tell Sean has changed his ways one hundred percent and with his strong mind, will stay sober and help many other young addicts like me in the Alcoholics Anonymous and Narcotics Anonymous programs.  Sean is much more than just your average citizen and I believe that he can help thousands of addicts and deserves the freedom to do that.  Thank you for your time.

Mike Visnick

Dear Honorable Judge Moore,                    4-8-13

My name is Zach Zimmerman and I am currently in an intensive sixty day drug rehabilitation program. The other night Sean came to speak to all of the men in this program. He spoke about his experience, strength, and hope. Also, he spoke about what he is doing today to stay clean and sober. Sean is working an honest program and helping other stay clean. Just by him speaking the other night he helped me stay clean one more day. Sean is most definitely on the true pathway to recovery because he can now be honest with himself, as well as others. Please take all of this information into consideration before sending him away. We all make mistakes in life and have to suffer consequences. But it is what we learn from these mistakes that make us into the men and women that we ultimately want to become. Thank you for your consideration.

Sincerely,

Zach Zimmerman

To whom it may concern,                    June 8, 2013

     I am writing this letter to you as a clean and sober gentlemen on behalf of Sean Clark.  Just so you know who I am my name is Dennis Giglio and I am interning at Incentives Halfway House in Boca Raton, Florida while pursuing a certified addiction counselor license, as well as a degree in addiction therapy.  I have been involved in this undertaking for the better part of two years now.

     It was about six months into this endeavor that I was blessed with meeting Sean.  In a brief time, Sean proved himself to be a fiercely loyal friend and an even stronger support and pillar in the community of recovery.  I, life many of those whose lives have been touched by Sean have called upon him in times of hardship, and have found him willing to walk through hell to help another addict find peace and sobriety.  He is a testament to everything we recovering addicts and alcoholics can one day hope to become.

     I have seen much of the world, and little of what I have seen gives me any hope.  Then I see Sean, and how he has such power and love for helping people find recovery, and it is a power he wears very lightly simply because he is too good a man to even know its there.  This world, and the community of recovery are simply better places because of Sean Clark.  He has helped me and touched my life on such a spiritual level, that I don't think the vocabulary exists to

articulate it.  Sean is a credit to everything I hope to become, and selflessly helps others just to freely pass on the gifts that were given to him.

If character is an issue in the coming proceedings, please know that there is no pillar of any society past, present or future that can measure up to the character and integrity of Sean Clark.  To deprive our community of a spiritual warrior like Sean, the man recovery and God have chosen him to be, would be a crime of biblical proportions. Far too many addicts have suffered for anyone to think of committing an atrocity as terrible as taking Sean off the front lines of Narcotics Anonymous.

Sincerely,

Dennis Giglio
718-419-4941