## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-cr-0028 |
| | ) | |
| SEAN MICHAEL CLARK, | . ) | |
| Defendant | ) | |

## DEFENDANT'S SECOND ADDENDUM
## TO SENTENCING MEMORANDUM

DEFENDANT SEAN MICHAEL CLARK, hereby files this Second Addendum to his previously filed Sentencing Memo this 11th day of July 2014.

PHILLIPS ROBERTS & CARSON

s/ *Bobby Phillips*

_____

BOBBY PHILLIPS, 576700
Attorney for Defendant

SENTENCING ADDENDUM

The following is a list of persons who have recently submitted letters in support of the defendant Sean Michael Clark.

1. Doug Scott, who met the Defendant in Narcotics Anonymous;

2. Dillon Curtin who met the Defendant in a rehab facility in South Florida;

3. Jaquan Casserly, who met the Defendant in Narcotics Anonymous;

4. David Cherry, who met the Defendant while he (Cherry) was in rehab;

5. Hunter Owens, who met the Defendant in Narcotics Anonymous;

6. George Clark, who is a recovering alcoholic;

7. Jordan Slipek, a recovering addict; and

8. Drew Serkez, Admissions Coordinator at a "Half-Way" house.



**USM EXECUTIVE CENTER**
**6250 Coral Ridge Drive**
**Coral Springs, FL 33076**
**PHONE: 954.505.5280**
**FAX: 786.536.1616**

June 5, 2014

To whom it may Concern,

I am writing this letter with gratitude and truth about how Sean Clark has helped me in what has been one of the toughest times of my life. I am a business owner, father of 4 and a good standing person in the community in which I live, but for years I have had addiction problems with drugs and alcohol. I met Sean Clark on or around June 12, 2013 at a meeting of Narcotics Anonymous and he quickly took me under his wing and has been a mentor to me in my recovery. The example that he set for me then and now is one of recovery, gratitude and community involvement. He speaks in Treatment Centers and also works with under privileged kids in the local community whose parents are in jail or addicted to drugs. He is consistent in his walk and the way he carries himself. He has always been available to me for advice, help with my kids or just to talk when I need guidance. I look up to Sean in a lot of ways and thank God that he is in my life. If you have any questions, please feel free to call or email me.

Sincerely,

Doug Scott
President & CEO
USM Studios, Inc.
USM Executive Center
6250 Coral Ridge Drive
Coral Springs, FL  33076
954.505.5280
954.379.4419 - fax
www.usmstudiosinc.com

Dear Judge William T Moore,

I'm writing this letter for Sean Clark. I meet Sean several months ago not knowing anything about his past, except that he was in recovery and was doing really good. I was new to recovery and was looking for help. Sean was extremely helpful in getting me housing, schooling and lifting my spirit. He has shown me that there is safe, healthier and legal way to live my life. When I and many other men have problems he's the first one we go to, knowing we are going to get the truth and pointed in the right direction. Words can't express what he has done for my life and many other young men with addiction problems.

I've tried getting sober the past and for whatever reason I  didn't get it. Since working with Sean things my life have really came together. With Sean's guidance I really feel hopeful I will be able to help people the way he has helped me. Sean is such an asset in our community in keeping men and women sober and alive.

I hope in this letter to you I have expressed how well Sean is doing. I also hope it helps in giving a more lenient sentence. It would be devastating for allot of people to loss Sean for any length of time. Thank you for your time.

Sincerely,

Dillon Curtin

Phone Number 516-660-5614

Honorable Judge William T Moore,


Sean Clark has been a huge help to me in my recovery I got to Florida from Long Island 4 months ago and knew nobody.  I had two open felony warrants and have been using drugs continually for several years.  Due to his experiences I found the strength to deal with my legal issues and stay clean and sober. Not only is he a strong leader of the community he mentors many men that have been through similar situations as he has gone through.He has become a huge positive role model in my life which I had never had.  He is a truly caring and kind person who is willing to put others first over himself and without Sean coming into my life I might be dead somewhere or have relapsed and got high which is my story in the past, and that would have made my situation much worse.  He helped save my life and I truly respect him for the person he's become today.  Thank you for your time.


Best Regards,

Jaquan Casserly

631-972-5537

To the Honorable; Judge William T Moore;


RE: Sean Clark


      My name is David Cherry. When I first arrived here from New York I was in Florida house treatment center for my alcoholism. That is where I met Sean Clark. He voluntarily would come out to speak to us and share his hope, strengths and experiences about the disease of addiction which gave me and many people hope that the disease can be put into remission if we are willing to follow some guidelines which he laid out. He would also bring in great speakers with him that would share similar experiences. I now have the privilege to be in a sober living environment where he works and continues his message. I truly believe that he is of great asset to the community as I am one of many proofs of his goodwill.


Thank-You

347-883.6852

3138 Crystal Lake Drive

Pompano Beach, Fl 33064

May 27, 2014

The Honorable William C. Moore

Dear Judge Moore,

I am contacting you about Sean Clark, a defendant in one of your upcoming court cases. I am reaching out to you because not only has Sean been a dear friend to me during a difficult time in my life, but he is also an extraordinary human being.

I met Sean several months ago when he volunteered his time to bring a Narcotics Anonymous meeting to a drug treatment center I was a patient in. He brought a message of experience, strength, and hope to me, along with fifty other patients, in need of a role model. He was honest about who he used to be, how he turned his life around by learning from his mistakes, and how incredible his life is today. The Sean I know today, and the person he described himself as who he used to be are unrecognizable. He carries himself with humility and only wants the best for everyone he comes in contact with. His guidance was critical in my recovery and was a vital motivator in making the decision to continue to better myself. He never gives up on anyone, and is always ready and willing to lend out a helping hand to anyone in need. He is one of the most selfless individuals I know, and has dropped what he was doing if someone is in need of assistance. Sean is a hugely positive influence for dozens of people, and him around I worry that it would be a disservice to many.

I hope you consider this information in regards to the prison time he is facing. Whatever the outcome, I want it to be known that Sean is a model citizen of this country, and sending her to prison would do a tremendous amount of harm and sorrow, than justice. Thank you for taking the time to hear about this matter.

Sincerely yours,

Hunter Owens

631-561-7068

To : Judge William Moore

My name is George Clark I am a former client from Florida House experience treatment center. I have had the privilege to hear Mr. Sean Clark speak about his experience. this gentleman has had a positive impact on my life, his words of experience and encouragement has helped me to change and given me insight on recovery. He is the residential manager for sober living, and I see him helping many men including myself, if he were not to return this would have a negative impact on our sober community that he leads. Sean, has been a blessing to me and I pray that he returns. Thank you

P.S If you need to contact me my telephone number is

George Clark III

(916)477-6238

To the Honorable Judge William T Moore Jr,

My name is Jordan Slipek. I am currently a resident of Casa Lago sober living. This is a Drug and Alcohol free residence where Sean Clark is the head of residence. I have been a resident here since April 24, 2014. I cannot say that I have known Sean Clark that long, but what I can say is that Sean goes above and beyond fulfilling his duties here at Casa Lago as head Manager Sean picked me up from a inpatient drug Rehab after 30 days there. He constantly and consistently stayed on top of me personally in trying to get me to AA or NA meetings. When I could not find a ride to a meeting Sean would come give me a ride to a meeting, even on his day off.

Over the past four years I have struggled with drug and alcohol addiction and have yet to come across someone who has gotten through the same struggles I experience and offered as much hope and motivation in my life as Sean has. My experiences with Sean are all since the situation he is appearing in front of you for. I cannot speak about his life prior to knowing him. Today however he is committed to helping people that suffer from addiction issues and is using his experiences in a positive way in our community.

I live in a wonderful place with 100 beds dedicated to helping people with addiction, we go to meetings together we eat together and it provides a fellowship full of positive examples that offer hope to myself and many people like me. As I stated earlier I cannot speak about the defendant prior to my knowing him, but today this facility would be much worse off without his leadership and guidance. The Sean I know is committed to helping people who struggle with addiction and are looking to change their lives around and find a life free of active addiction for good.

Sincerely,

Jordan Slipek

Please call me with any questions 732-995-4851



**3831 Crystal Lake Drive**
**Deerfield Beach, FL 33064**

07/07/2014

The Honorable Judge William T Moore,

      I am writing this letter in gratitude to Sean Clark. I met Sean when he became a coworker of mine 6 months ago. In this short time I have had the pleasure of Sean becoming one of my closest friends. Words cannot describe how much of an impact Sean has had on both my personal and professional life. He has taught me what true integrity and humility is, and shows me what a real sober gentleman looks like. Sean helped me through a tough period in my life where my personal recovery was in jeopardy, and walked with me through it and showed me how much more there still is for me to attain in life. As a coworker I have the privilege to see every day the lives Sean touched and helped heal. It is hard for me to imagine him in any other way. It would devastate a large group of men and women to see Sean go away. If there is anything else needed from me please call or email.

Sincerely,

Drew Serkez
Admissions Coordinator
Casa Lago
(954) 588-8210
dserkez@casalago.org

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | Case No.: CR 4:13-028 |
| | ) | |
| SEAN MICHAEL CLARK, | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 11th day of July 2014.

PHILLIPS ROBERTS & CARSON

*s/ Bobby Phillips*
_____
BOBBY PHILLIPS, 576700
Attorney for Defendant

402 E. Liberty Street
Savannah, Georgia 31401
912-232-0081
Fax 912-232-9070
email bplaw@msn.com