FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 SEP 26  AM 11: 05

CLERK_____
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

                          Docket No.: 4:13-CR-028-1

**vs.**


**SEAN CLARK**
     **Defendant.**
_____/

### MOTION TO EXONERATE BOND

**COMES NOW,** the bond remitter, Debbie Ruffino, *Pro se,* and respectfully moves this Honorable Court for an Order exonerating the bond forthwith to Debbie Ruffino.  In support of said motion, the undersigned would assert as follows:

### FACTS

1.     The above named Defendant has fully complied with all conditions of the appearance bond in this case, and it is therefore requested that the defendant's cash bail heretofore posted by Debbie Ruffino plus any accrued interest be returned forthwith to Ms. Ruffino.


2.     The Defendant is currently serving his sentence at Coleman Low Federal Correctional Institution.


**WHEREFORE,** based on the foregoing it is respectfully prayed that this Honorable Court will enter an order exonerating the bond forthwith to Debbie

Ruffino along with any other relief the Court deems appropriate and in the interests of justice.

Respectfully submitted,

DEBBIE RUFFINO
*Pro se Movant*
1112 NE 4th Drive
Deerfield Beach, Florida 33441
(954) 623-7773
debbieruffino@hotmail.com

By: _____
Debbie Ruffino
*Pro se Movant*

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

                        **Docket No.: 4:13-CR-0201-1** *028*

**vs.**

**SEAN CLARK**
    **Defendant.**
_____/

## ORDER

**THIS CAUSE,** having come before the Court on the bond remitter's, *pro se,* Motion to Exonerate the Bond and the Court having been fully advised in the premises, it is hereby,

**ORDERED and ADJUDGED** that's said Motion is **GRANTED.** The bond is hereby ordered to be remitted to Debbie Ruffino forthwith.

**DONE and ORDERED** by my hand this _____ day of September, 2014, in the United States District Court for the Southern District of Georgia.


_____:
WILLIAM T. MOORE
United States District Judge