FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 SEP 29 AM 10: 19

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. CR413-28-01 |
| | ) | |
| SEAN CLARK | ) | |

### ORDER

Before the Court is Defendant Sean Clark's Motion to Exonerate Bond. (Document 390). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $4,000.00, with any accrued interest to: Debbie Ruffino, 1112 NE 4th Drive, Deerfield Beach, Florida 33441.

SO ORDERED, this ___26th___ day of September 2014.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA